UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**　　　　　　　　　Case No: 19-CR-00338

　　　　　　　　Plaintiff(s)

　　　　　　　　　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

　　　　　　　　-against-

**MOAZU KROMAH**
　　　　　　　　Defendant(s)

---

To: The Clerk of this Court and all parties of record:

　　I am admitted to practice in this Court and I appear in this case as counsel for: Defendant **MOAZU KROMAH**

Dated:　　New York, NY
　　　　　　June 24th, 2019

Lebedin Kofman LLP
*Attorneys for Defendant*

*/s/ Russ Kofman*
_____
*By:* Russ Kofman
26 Broadway, Suite 2700
New York, NY 10004
P. 212-500-3273
F. 855-696-6848
info@lebedinkofmanlaw.com