J6J3KROC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                           19 CR 338 (GHW)

MOAZU KROMAH,

          Defendant.

------------------------------x

                           New York, N.Y.
                           June 19, 2019

Before:

               HON. GREGORY H. WOODS,

                          District Judge

                  APPEARANCES

GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York
JARROD SCHAEFFER
SAGAR RAVI
    Assistant United States Attorneys

FEDERAL DEFENDERS OF NEW YORK
    Attorneys for Defendant
SABRINA SHROFF

ALSO PRESENT:  Mandingo Interpreter PA B.F. Drammeh

J6J3KROC

1        THE DEPUTY CLERK:  The Court calls the case of United

2   States v. Moazu Kromah, 19 CR 338.  Counsel, please state your

3   names for the record.

4        MR. SCHAEFFER:  Jarrod Schaeffer and Sagar Ravi for

5   the government.  Good afternoon.

6        THE COURT:  Thank you.  Good afternoon.

7        MS. SHROFF:  Good afternoon, your Honor.  For

8   Mr. Kromah who is seated to my left, Federal Defenders of New

9   York by Sabrina Shroff.  I am standing up for my colleague

10  Julia Gatto because she is on duty and, unfortunately, couldn't

11  make it up because she's doing arraignments.

12       THE COURT:  Good.  Thank you very much.  So, thank you

13  very much for being here.

14       First let me note for the record that we're using the

15  services of an interpreter for today's proceeding.  I will ask

16  that the defendant and counsel please let me know if the

17  defendant has any difficulty hearing or understanding anything

18  that's said here today.

19       Ms. Shroff, can you confirm that the defendant can

20  hear and understand what's happening here today?

21       THE DEFENDANT:  Yes, I understand.

22       THE COURT:  Thank you very much.

23       So, counsel, we're here for a number of purposes.  I

24  understand the defendant has already been presented and

25  arraigned before the magistrate court in this matter.  As a

J6J3KROC

1       result, there is a relatively limited number of things that I

2       hope to accomplish during the course of today's conference.  In

3       particular, I hope to learn more about the nature of the

4       charges in this offense, to hear about the status of any other

5       defendants in the case, and to discuss discovery and to set a

6       schedule for the remainder of the proceedings in this case.  So

7       that's my agenda with respect to this matter.

8               So counsel for the United States, can I turn to you at

9       the outset.  Can you please describe the nature of this case.

10              MR. SCHAEFFER:  Yes, your Honor.  This case basically

11      breaks down into two larger buckets.  One is wildlife

12      trafficking, and one is narcotics, conspiracy to traffic in

13      narcotics.  Mr. Kromah is not charged in the narcotics portion.

14      There are four defendants who are charged in this case.

15      Mr. Kromah is the only one currently in United States custody.

16      Another defendant has been arrested and is awaiting extradition

17      in Senegal.

18              With respect to the charges against Mr. Kromah --

19              THE COURT:  Counsel, before you go on.  Can you tell

20      me what information you have regarding the amount of time that

21      you anticipate it will take for the defendant who has been

22      detained in Senegal to be extradited to the United States?

23              MR. SCHAEFFER:  Unfortunately, I don't have a

24      definitive timeline for that, your Honor.  The extradition

25      requests have been submitted.  And I know that the Office of

J6J3KROC

1   International Affairs at the Department of Justice is in talks

2   with the country of Senegal about the process that is taking

3   place.  I'm not sure if they have a timeline, but I'm happy to

4   check with them and report back to the Court.

5           THE COURT:  Thank you.  Do you have any other

6   information you can share with the Court at this time regarding

7   the status of the other two defendants?

8           MR. SCHAEFFER:  The other two defendants are currently

9   fugitives, your Honor.

10          THE COURT:  Please proceed, counsel.

11          MR. SCHAEFFER:  With respect to the charges against

12  Mr. Kromah, they are charges, both substantive and conspiracy,

13  related to wildlife trafficking, specifically rhinoceros horns

14  of both black rhinoceros and white rhinoceros, as well as the

15  intending trafficking of elephant ivory or tusks.

16          Mr. Kromah is alleged to have participated fully in

17  those violations by facilitating the supply of those wildlife

18  materials and also facilitating the transport of those

19  materials with the intended destination of Manhattan.

20          THE COURT:  Counsel for the United States, at this

21  point does the government anticipate filing any superseding

22  indictments, adding defendants or additional charges?

23          MR. SCHAEFFER:  The government's investigation is

24  ongoing.  It is possible that additional individuals will be

25  charged in a superseding instrument.

J6J3KROC

1          THE COURT:  Thank you.  Good.  So the counsel for the

2     United States, I'd like to ask what the nature of the discovery

3     is here so that we can use that information to talk about next

4     steps in the case.

5          Counsel, what can you tell me about discovery in the

6     case.

7          MR. SCHAEFFER:  Discovery is rather extensive and

8     would consist of a large amount of electronic or video and

9     audio evidence.  There are a significant number of videos of

10    meetings with Mr. Kromah and his co-conspirators in which they

11    discuss elements of the scheme.  And there's also subpoenas

12    that were issued for bank records and cash transfer records.

13    And then there are records of chats, specifically WhatsApp

14    messages between various individuals involved in the scheme.

15    All of those are currently being assembled and being prepared

16    for production to the defense.

17          In addition, we are endeavoring to obtain any

18    extradition materials from Uganda from which Mr. Kromah was

19    removed, and we would provide those as well to the defense to

20    the extent they are discoverable.  In addition, Mr. Kromah was

21    Mirandized and did make a few statements to U.S. officials.

22    Those are also being prepared to be disclosed to the defense.

23          Much of that we can prepare and turn over very

24    quickly, beginning as early as next week.  And given the volume

25    of the material, and the complications that often attend

J6J3KROC

1    producing a lot of electronic material, especially videos, we

2    would ask for 30 days to complete a rolling production of

3    discovery.

4            THE COURT:  Counsel for the United States, I'm

5    directing that you complete rolling production of discovery to

6    the defense within that 30-day window as described.

7            Counsel for defendant, given the description of the

8    discovery and the timeline that's just been articulated by

9    counsel for the United States, what's your proposal regarding

10   appropriate next steps in this case?

11           MS. SHROFF:  Your Honor, I just wanted to make sure I

12   understood two things correctly.  One, that the government is

13   saying there are no additional charges against this defendant

14   but there could be new defendants added?

15           THE COURT:  Thank you.  Counsel for the United States,

16   if you wish to comment, you may.

17           MR. SCHAEFFER:  The government's, as I said,

18   investigation is ongoing.  At this time we don't contemplate

19   additional charges against Mr. Kromah but barring -- that's as

20   much as I can say at this point.

21           THE COURT:  Fine.  Thank you, counsel.

22           MS. SHROFF:  Your Honor, and just the language of the

23   discovery, if the discovery is in not English then I think I

24   would ask for 60 days.  I don't know if there are conversations

25   on the videos or whatever it is I'm reviewing or Ms. Gatto is

J6J3KROC

 1   reviewing, if it is in Twi or in some language for which we

 2   will need an interpreter, I will adjust my ask accordingly.

 3        THE COURT:  Counsel for the United States, can you

 4   provide us any information regarding the language of the

 5   materials in the discovery?

 6        MR. SCHAEFFER:  Yes, your Honor.  I can't make

 7   representations as to all of the videos just at this time, but

 8   my understanding is that most of them are in English.

 9        THE COURT:  Thank you.  Counsel, with that

10   information, what's your proposal?

11        MS. SHROFF:  Can we come back in 45 days after the 30

12   days?  Does that make sense to the Court?

13        THE COURT:  Thank you.  That's fine.

14        MS. SHROFF:  Okay.

15        THE COURT:  I would be happy to give you the full two

16   months.  If you think that would be appropriate, I will leave

17   it to you.  Counsel?

18        MS. SHROFF:  I think that would be preferrable, your

19   Honor.  I know Ms. Gatto is starting a trial.  I came here in a

20   rush.  So I think 60 days would be better for her.

21        THE COURT:  I understand that the defense's proposal

22   is we schedule a status conference for approximately 90 days

23   from today.  Counsel for the United States, is that acceptable

24   to you?

25        MR. SCHAEFFER:  Yes, your Honor.

J6J3KROC

1        THE COURT:  Good.  Thank you.  Mr. Daniels, can you

2   please propose a date.

3        THE DEPUTY CLERK:  Sure.  Tuesday, September 17, at

4   4 p.m.

5        THE COURT:  Counsel, does that date and time work for

6   each of you?

7        MR. SCHAEFFER:  Yes, your Honor.

8        MS. SHROFF:  That's fine, your Honor.

9        THE COURT:  Good.  Thank you very much.  So, at that

10  conference I hope that counsel for defendant will have had the

11  opportunity to review the discovery, and will be prepared to

12  talk about any potential motions that we might need to brief in

13  connection with this matter.

14        If the parties believe that an extension is warranted,

15  you should feel free to write me in accordance with the terms

16  of my individual rules, if an extension is warranted.

17        So counsel, is there anything else we should discuss

18  before we come to the speedy trial clock?  Counsel for the

19  United States?

20        MR. SCHAEFFER:  No, your Honor.

21        THE COURT:  Thank you.  Counsel?

22        MS. SHROFF:  No, your Honor.  Thank you.

23        THE COURT:  Good.  Thank you.  Counsel for the United

24  States, is there an application?

25        MR. SCHAEFFER:  Yes, your Honor.  We would ask to

J6J3KROC

1    exclude time under the Speedy Trial Act to allow us to collect,

2    assemble, and produce discovery to the defendant and allow the

3    defendant time to review and discuss that discovery.

4              THE COURT:  Counsel for defendant, what's your

5    position with respect to that request?

6              MS. SHROFF:  Your Honor, it's fine.

7              THE COURT:  Thank you.  I will exclude time from today

8    until September 17, 2019.  I find that the ends of justice

9    served by excluding such time outweigh the best interests of

10   the public and the defendant in a speedy trial, because it will

11   allow time for the production of discovery and review of those

12   materials by the defendant, and also permit time for the

13   defendant to consider any potential motions in connection with

14   this case.

15             Is there anything else we should discuss before we

16   adjourn, counsel for the United States?

17             MR. SCHAEFFER:  No, thank you, your Honor.

18             THE COURT:  Counsel for defendant?

19             MS. SHROFF:  No, your Honor.  Thank you.

20             THE COURT:  Good thank you very much.  This proceeding

21   is adjourned.

22             (Adjourned)

23

24

25