```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :       19-cr-338 (GHW)
                                                             :
                   -v -                                      :       ORDER
                                                             :
                                                             :
KROMAH, et al.,                                              :
                                                             :
                                                             :
                                                             :
                                      Defendants.            :
                                                             :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    Upon the application of the United States of America, by and through GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, SAGAR K. RAVI and JARROD L. SCHAEFFER, Assistant United States Attorneys, of counsel, and with the consent of MOAZU KROMAH, the defendant, by and through his attorney, CONOR MCNAMARA, it is hereby ORDERED that the pretrial conference in this case is continued from September 17, 2019, to September 20, 2019, at 10:00 A.M.

    The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, because it will afford the defendant and his counsel additional time to review discovery and permit the parties potentially to discuss a pretrial resolution of this matter. Accordingly, it is ORDERED that the time from September 17, 2019, through September 20, 2019, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    SO ORDERED.

Dated: August 23, 2019
New York, New York

                       GREGORY H. WOODS
                       United States District Judge