**LEBEDIN | KOFMAN  
LLP  
ATTORNEYS AT LAW  
26 BROADWAY, 27ᵀᴴ FLOOR  
NEW YORK, NY 10004  
T (212)500-3273  
F (855)696-6848**

ARTHUR LEBEDIN*  
RUSS KOFMAN+  
STEPHANNIE MIRANDA^  
CONOR MCNAMARA+  
GRACE GUO*  
JENNY CHOI+  
ALEXANDER COX+  
SCOTT KIM+

+ Member N.Y. Bar  
* Member N.Y. & N.J. Bar  
^ Member N.Y., N.J. & F.L. Bar

September 18, 2019

**Sent via ECF only**  
Honorable Judge Gregory Woods  
United States District Court  
Southern District of New York

                         **Re: U.S. v. Moazu Kromah, 19-cr-338, Request for Order of Continuance.**

Your Honorable Judge Woods,

    I, Conor McNamara, am an associate of Lebedin Kofman LLP, who represents Mr. Moazu Kromah in the above captioned matter. I submit this letter in support of an application for an order of continuance of time pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

    Mr. Moazu Kromah, the defendant, was charged, among other things, with violation of 18 U.S.C. Section 371, in an indictment filed May 7th, 2019. The defendant was presented before the honorable Judge Katherine Parker and was detained on consent.

Undersigned Counsel has been engaged in preliminary discussions with the Government, and we are also requesting additional time to review the voluminous discovery with the defendant. Undersigned respectfully requests that a continuance of 30 days be granted, during which we can continue reviewing the discovery and continue pretrial discussions with the Government.

On September 16th, 2019, AUSA Schaffer, agreed by electronic mail that the requested 30-day continuance is appropriate in these circumstances. For the reasons stated above, the ends of justice are served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

Pursuant to Title 28, United States Code, Section 1746, I declare under the penalties of perjury that the foregoing is true and correct.

Should the Court have any questions please contact me at your convenience on 212-500-3273.

/s/ Conor McNamara

Conor McNamara, Esq.

Cc: AUSA Jarrod Schaeffer