UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                             :

UNITED STATES OF AMERICA,            :
                                              :
           -v -                  :
                                              :
KROMAH, *et al.*,                     :
                                              :
                           Defendants. :
                                              :
---------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/26/2019

1:19-cr-338-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

         Upon the application of the United States of America, by and through GEOFFREY
S. BERMAN, United States Attorney for the Southern District of New York, SAGAR K. RAVI
and JARROD L. SCHAEFFER, Assistant United States Attorneys, of counsel, and with the
consent of MOAZU KROMAH, the defendant, by and through his attorney, CONOR
MCNAMARA, it is hereby ORDERED that the pretrial conference in this case is continued from
November 26, 2019, to December 5, 2019, at 4:00 PM.

         The Court finds that the ends of justice served by granting a continuance outweigh
the best interest of the public and the defendant in a speedy trial, because it will afford the defendant
and his counsel additional time to review discovery and permit the parties to continue discussions
regarding a pretrial resolution of this matter.  Accordingly, it is ORDERED that the time from
November 26, 2019, to December 5, 2019, is hereby excluded under the Speedy Trial Act, 18 U.S.C.
§ 3161(h)(7)(A).

         SO ORDERED.

Dated: November 26, 2019
     New York, New York

                                                     _____
                                             GREGORY H. WOODS
                                             United States District Judge