UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,  :
: 19-cr-338 (GHW)
:
-v -  :  ORDER
:
:
KROMAH, *et al.*,  :
:
:
:
Defendants. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, SAGAR K. RAVI and JARROD L. SCHAEFFER, Assistant United States Attorneys, of counsel, and with the consent of MOAZU KROMAH, the defendant, by and through his attorney, CONOR MCNAMARA, it is hereby ORDERED that the pretrial conference in this case is continued from December 5, 2019, to February 11, 2020 at 10:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, because it will afford the defendant and his counsel additional time to continue discussions with the Government regarding a potential pretrial resolution of this matter. Accordingly, it is ORDERED that the time from December 5, 2019, to February 11, 2020, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: December 4, 2019
New York, New York

GREGORY H. WOODS
United States District Judge