UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------

**UNITED STATES OF AMERICA**                                    Case No. 19-CR-00338

Plaintiff(s)

**NOTICE OF APPEARANCE**

-against-

**MOAZU KROMAH**

Defendant(s)

-------------------------------------------------------------------------------------------

To: The Clerk of this Court and all parties of record:

I am admitted to practice in this Court and I appear in this case as counsel for: Defendant
**MOAZU KROMAH**

Dated:      New York, NY
            February 10, 2020

Lebedin Kofman LLP
*Attorneys for Defendant*

*/s/ **Courtney Chadwell***

_____
*By:* Courtney Chadwell
26 Broadway, 27th Floor
New York, NY 10004
P. 212-500-3273
F. 855-696-6848
cchadwell@lebedinkofmanlaw.com