USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
    -v- : 1: 19-cr-338-GHW-1
:
MOAZU KROMAH, : ORDER
:
                    Defendant. :
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    As stated on the record during a status conference held on February 11, 2020, trial in this matter will commence on **July 27, 2020** at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

    Pretrial motions by Defendants are due no later than **March 16, 2020**. The Government's oppositions to any defense motions are due no later than **April 6, 2020**. Defendants' replies, if any, are due no later than **April 13, 2020**. The Court will hold a hearing on any defense motions necessitating a hearing on **May 8, 2020** at 9:30 a.m.

    The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than **May 22, 2020**. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on **July 10, 2020** at 3:00 p.m.

    The parties are further directed to submit (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to

the jury as part of the Court's initial instructions prior to opening statements, no later than **May 22, 2020**. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated: February 11, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge