USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------
UNITED STATES OF AMERICA,

                                      1:19-CR-00338-GHW

-v –                                       ORDER

MOAZU KROMAH,
        Defendant.
------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

Upon the application of the Defendant Moazu Kromah by and through his Counsel, Conor McNamara, Esq., and with the consent of the Government by and through Assistant United States Attorney Jarrod Schaeffer it is hereby ORDERED that the hearing date for defense motions is extended to July 10, 2020 at 3:00 p.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter, and to permit the defendant to prepare any pre-trial motions. Accordingly, it is further ORDERED that the time from the date of this order through July 10, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A).

        SO ORDERED.

Dated: March 28, 2020

                                                          GREGORY H. WOODS
                                                          United States District Judge