```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
UNITED STATES OF AMERICA,

                                        1:19-CR-338-GHW

-v –                                              ORDER

MOAZU KROMAH and
AMARA CHERIF,
        Defendants.
------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

        The Court has been informed that the Essex facility can make Defendant Amara Cherif available for a telephonic conference tomorrow, July 1, 2020. However, the proceeding with Mr. Cherif cannot take place at 10:30 a.m. It has instead been scheduled for 12:00 p.m. The proceeding with Mr. Kromah will take place at 10:30 a.m. as scheduled. Counsel for all parties—including counsel for Mr. Cherif—should join that conference. The Court will conduct a separate proceeding with Mr. Cherif at noon. The dial-in information for the conference with Mr. Cherif is set forth in the Court's Emergency Rules in Light of COVID-19. The parties are directed to comply with Rule 2(C) of those rules.

        SO ORDERED.

Dated: June 30, 2020

                                                          GREGORY H. WOODS
                                                       United States District Judge