

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2020

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Kromah, et al.*, **19 Cr. 338 (GHW)**

Dear Judge Woods:

    On or about July 1, 2020, this Court held separate conferences in which defendants Moazu Kromah and Amara Cherif, both of whom are currently detained, participated. At those conferences, the parties updated the Court as to the status of this case, and a subsequent conference was tentatively scheduled for September 10, 2020.[1]

    Since that conference, defense counsel has continued to review the voluminous discovery produced in this case; the Government has produced a copy of that discovery, consistent with the Protective Order in this case, to defendant Cherif; and the parties have engaged in discussions regarding the status of this matter and the possibility of a pretrial resolution.

    Given the status of those efforts, as well as circumstances arising in connection with the ongoing COVID-19 pandemic, the parties jointly request an adjournment of the September 10 conference for approximately sixty (60) days. The Government further requests, with the consent of counsel for both defendants, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the date of the next conference to permit defense counsel's continued

---

[1] At the conclusion of those proceedings, time was excluded under the Speedy Trial Act through September 10, 2020.

review of discovery and further discussions, if any, with the Government about a pretrial resolution.

                Respectfully submitted,

                AUDREY STRAUSS
                United States Attorney
                Southern District of New York

By: */s/ Jarrod L. Schaeffer*
      Jarrod L. Schaeffer
      Sagar K. Ravi
      Assistant United States Attorneys
      Tel.: (212) 637-2270 / 2195

cc:    Jeffrey Chabrowe, Esq. (via ECF)
        Guy Oksenhendler, Esq. (via ECF)