# THE LAW OFFICE OF JEFF CHABROWE

*261 Madison Avenue, 12th Floor New York, NY 10016 | Tel. 917.529.3921 | F 212.736.3910*

November 13, 2020
via ECF

Hon. Gregory H. Woods
United States District Court
Southern District of New York
40 Foley Square
New York, NY

      Re: *U.S. v. KROMAH*; 19-cr-00338 (GHW)

Your Honor,

    We represent defendant Moazu Kromah in the above-referenced matter. We are currently scheduled for a status conference before the Court on November 16, 2020 at 9:00 a.m. We respectfully request that this hearing be adjourned for one week, or thereafter.

We request this adjournment because the Government has given us a November 23 deadline by which to accept or decline a plea agreement. We respectfully submit that the status conference will serve more purpose if it takes place after the deadline has passed. In addition the Government has provided additional discovery in the past few days that we need to review in order to decide if we will advise our client to accept the plea. The government and codefendant's counsel, Mr. Oksehendler, consent to this request.

    Thank you for your time and consideration.

Respectfully,

*Jeffrey Chabrowe*

Jeff Chabrowe, Esq.
*Counsel for Moazu Kromah*
cell 917-529-3921
email jeff@chabrowe.com