

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2020

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Kromah, et al.*, 19 Cr. 338 (GHW)

Dear Judge Woods:

    On November 13 and 14, 2020, counsel for defendant Moazu Kromah requested, with the consent of counsel for defendant Amara Cherif and the Government, an adjournment of the status conference in the above-referenced case, which previously was scheduled to be held on November 16, 2020. (*See* ECF Nos. 61, 63.) On November 14, 2020, this Court granted that request and adjourned the conference to December 9, 2020, noting that the Court expected to enter a separate order excluding time through the new conference date. (*See* ECF No. 64.)

    Based on the representations in counsel's letters concerning the parties' consent to the exclusion of time under the Speedy Trial Act, and consistent with Rule 2(E) of this Court's Individual Rules of Practice in Criminal Cases, the Government respectfully submits the attached proposed order excluding time from this date through December 9, 2020.[1]

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney
    Southern District of New York

    By: */s/ Jarrod L. Schaeffer*
        Jarrod L. Schaeffer
        Sagar K. Ravi
        Assistant United States Attorneys
        Tel.: (212) 637-2270 / 2195

cc:    Jeffrey Chabrowe, Esq. (via ECF)
        Guy Oksenhendler, Esq. (via ECF)

---

[1] A copy of the proposed order is attached hereto as Exhibit A.