```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATESOF AMERICA,                                 :
                                                             :
                                                             :
                      -v-                                    :        1:19-cr-0338-GHW
                                                             :
                                                             :
    MOAZU KROMAH and AMARA CHERIF,                           :        ORDER
                                                             :
                                            Defendants.      :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/2020

GREGORY H. WOODS, United States District Judge:

The status conference scheduled in this matter for December 9, 2020 at 1:00 p.m. is adjourned to December 11, 2020 at 12:00 p.m. The status conference will be held remotely via telephone. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

SO ORDERED.

Dated: December 3, 2020

_____
GREGORY H. WOODS
United States District Judge