

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 7, 2020

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Kromah, et al.*, 19 Cr. 338 (GHW)

Dear Judge Woods:

On December 3, 2020, this Court adjourned the conference previously scheduled for December 9, 2020, to December 11, 2020, at 12:00 PM. (*See* ECF No. 67.) Accordingly, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from December 9, 2020, through December 11, 2020, to afford the defendants and their counsel additional time to review discovery and permit the parties to continue discussions regarding a pretrial resolution of this matter.

The Government has conferred with counsel for defendants, who consent to the exclusion of time. Consistent with Rule 2(E) of this Court's Individual Rules of Practice in Criminal Cases, the Government respectfully submits the attached proposed order excluding time from December 9, 2020, through December 11, 2020.[1]

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By: */s/ Jarrod L. Schaeffer*      
    Jarrod L. Schaeffer
    Sagar K. Ravi
    Assistant United States Attorneys
    Tel.: (212) 637-2270 / 2195

cc:   Jeffrey Chabrowe, Esq. (via ECF)
     Guy Oksenhendler, Esq. (via ECF)

---

[1] A copy of the proposed order is attached hereto as Exhibit A.