UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :         19-cr-338 (GHW)
                                                               :
            -v -                                               :         ORDER
                                                               :
                                                               :
MOAZU KROMAH, *et al.*,                                        :
                                                               :
                        Defendants.                            :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, SAGAR K. RAVI and JARROD L. SCHAEFFER, Assistant United States Attorneys, of counsel, and with the consent of defendants MOAZU KROMAH and AMARA CHERIF, by and through their attorneys, the Court hereby finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, because it will afford the defendants and their counsel additional time to review discovery and permit the parties to continue discussions regarding a pretrial resolution of this matter.

Accordingly, it is ORDERED that the time from December 9, 2020, to December 11, 2020, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: December_____, 2020
       New York, New York                          _____
                                                   HON. GREGORY H. WOODS
                                                   United States District Judge