kcb2KroC kjc

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,                New York, N.Y.

4              v.                             19 Cr. 338 (GHW)

5    MOAZU KROMAH,
     AMARA CHERIF,
6
                   Defendants.
7
     ------------------------------x          Teleconference
8
                                              December 11, 2020
9                                             12:00 p.m.

10   Before:

11                   HON. GREGORY H. WOODS,

12                                            District Judge

13
                          APPEARANCES
14
     AUDREY STRAUSS
15        Acting United States Attorney for
          the Southern District of New York
16   BY:  JARROD L. SCHAEFFER
          Assistant United States Attorney
17
     JEFFREY CHABROWE
18        Attorney for Defendant Kromah

19   GUY OKSENHENDLER
          Attorney for Defendant Cherif
20

21

22   Also Present:

23   PA DRAMMEH, Mandingo Interpreter

24

25


                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

kcb2KroC kjc

1          THE COURT:  This is Judge Woods.  Do I have a court

2     reporter on the line?

3          THE COURT REPORTER:  Good afternoon, your Honor.

4     Kristen Carannante.

5          THE COURT:  Good.  Thank you very much.

6          Do I have counsel for the United States on the line?

7          MR. SCHAEFFER:  Yes, your Honor.  AUSA Jarrod

8     Schaeffer for the government.

9          (Foreign language spoken)

10         THE COURT:  And do I have counsel for --

11         (Foreign language spoken)

12         THE COURT:  Do I have counsel for, first, defendant

13    Kromah on the line?

14         A VOICE:  Hello?

15         MR. OKSENHENDLER:  Yes, your Honor.

16         A VOICE:  Hold on.  Hold on.

17         MR. OKSENHENDLER:  Good afternoon.

18         A VOICE:  Hi.  Good afternoon.

19         MR. OKSENHENDLER:  Your Honor, this is Guy

20    Oksenhendler for Mr. -- oh, excuse me, not for Mr. Kromah,

21    Mr. Cherif.

22         THE COURT:  Thank you.  That's fine.

23         And do I have counsel for Mr. Kromah on the line?

24         (Foreign language spoken)

25         MR. CHABROWE:  Yes.  Good afternoon --

kcb2KroC kjc

1          (Foreign language spoken)

2          MR. CHABROWE:  -- your Honor.  Jeffrey Chabrowe for

3     Mr. Kromah.

4          THE COURT:  Okay.  So I have all the lawyers on the

5     line.  Let's just take a few moments to talk about logistics.

6          We have an interpreter on the line, and I would just

7     like to make sure that this will run smoothly, so I would just

8     like to spend a few moments with some procedural discussion

9     with the interpreter before we turn to discussion of the issues

10    in the case.

11         I am doing this because, as I have been asking for

12    appearances, I am hearing the interpreter speak in a foreign

13    language to the defendants, and the interpreter's comments are

14    overlapping with the things that I am saying and that counsel

15    have said during the short period of today's conference.

16         My expectation is that we will be conducting this

17    proceeding using simultaneous interpretation with the benefit

18    of the interpreter.  That obviously means that we can't do it

19    if we have got a backdrop of continual simultaneous translation

20    with the other language also playing in our ears at the same

21    time.  That just doesn't work.  So what the interpreter is

22    doing right now just doesn't work, and I want to fix it.

23         So I would like to address, first, the interpreter.

24    Can I ask the interpreter to please identify yourself, please.

25         THE INTERPRETER:  Yes.  Good afternoon, your Honor.

kcb2KroC kjc

1   This is Mr. Drammeh.

2             THE COURT:  Thank you.  So what are you doing?  What

3   can we do to make sure that we can conduct this hearing with

4   simultaneous translation without you talking over everything

5   that I and the lawyers say?

6             THE INTERPRETER:  Yes.  I am using two different

7   phones.  I am using my cell phone for the defendants, and I'm

8   using my land phone for the Courts.  So my cell phone I can put

9   that mute, but I cannot put my land phone mute.

10            THE COURT:  Thank you.

11            So just a brief note.  This happened last time you

12   were on a conference with me, Mr. Interpreter.

13            THE INTERPRETER:  Yes.

14            THE COURT:  It was a problem then, too.  So I am

15   fundamentally disappointed that you have not done anything to

16   improve your approach.

17            What can we do that will help?  Because, with

18   apologies, this will take a very long time and will be unclear

19   if we have to hear you speaking over top of us, and it may be

20   impossible for the court reporter to transcribe what is

21   happening if you proceed in this way.

22            Do you understand that there is a court reporter who

23   is --

24            THE INTERPRETER:  Yes, your Honor.  I understand.

25            THE COURT:  Do you understand --

kcb2KroC kjc

1          THE INTERPRETER:  All I can do --

2          THE COURT:  Sorry, Mr. Interpreter?  Do you

3     understand --

4          THE INTERPRETER:  Yes, your Honor.

5          THE COURT:  -- that it is difficult for us to

6     understand what's happening in English and for the court

7     reporter to transcribe it if you are speaking over us in a

8     foreign language while we are conducting the hearing?

9          THE INTERPRETER:  Yes, I understand.

10          THE COURT:  Thank you.

11          If that's a problem that you understand, what is your

12     solution?

13          THE INTERPRETER:  So what I could do, maybe, when the

14     Court speaks, I will hold -- I will try to put the land phone

15     on -- put my hand over the speaker.  Then I will use my cell

16     phone to translate that to the defendants.

17          MR. OKSENHENDLER:  Judge, this is Mr. Oksenhendler.

18     May I make a suggestion?

19          THE COURT:  Yes, and I have another suggestion, but

20     please go ahead, Mr. Oksenhendler.

21          MR. OKSENHENDLER:  My suggestion would be that the

22     interpreter call the Court back on his cell phone, which can be

23     muted, and that he call the defendants on his landline.

24          THE COURT:  Yes.  That is exactly my proposal.  It is

25     very obvious, Mr. Interpreter, that that would be a preferrable

kcb2KroC kjc

1    approach because, as I understand it, your technical issue is

2    that you have a mute button on your cell phone --

3              THE INTERPRETER:  Yes.

4              THE COURT:  -- but you do not have a mute button on

5    your landline.

6              THE INTERPRETER:  Yes.

7              THE COURT:  So it's not clear to me why, given your

8    understanding of the issue, that you would choose to put the

9    court conference onto the connection on which you do not have a

10   mute button.

11             THE INTERPRETER:  That's what I always advised to do.

12             THE COURT:  Wait, wait, wait.

13             THE INTERPRETER:  Yes.

14             THE COURT:  Now, I deduce that you have not thought

15   this through.  There are solutions, for example, and solutions

16   that would better be put in place without misusing the Court's

17   time and the time --

18             THE INTERPRETER:  Yes.

19             THE COURT:  -- of the lawyers who are here.

20             An approach, to the extent that your technical issue

21   is that you do not have the capacity to conference in multiple

22   people on your home phone --

23             THE INTERPRETER:  Yes.

24             THE COURT:  -- would be for you to use a separate

25   conference number, or bridge line, into which the defendants

kcb2KroC kjc

1    can call and then to which you can connect using your home

2    phone number.  I have begun understanding that you might not

3    have done this in a very conscientious way to find such a

4    bridge number and to see if we can put such a process in

5    place.

6         Is that something that you think that we could do?  Of

7    course we have the barrier of needing to get the information to

8    the facilities so that they can dial in to that bridge, but

9    that is an option.

10        Assuming that your issue is that you do not have the

11   technical capacity from your home line to dial into or to

12   accept calls from multiple numbers.  Is that the problem?

13        THE INTERPRETER:  Yes.  I can call the Court on my

14   cell phone, because I can use mute button for that.  But on the

15   land phone, I don't have mute button for that.  So what I could

16   do now is to call the Court on my cell phone and try to call

17   the defendants on my land phone to see if that would work.

18        THE COURT:  Thank you.  Can you call both of them on

19   your land phone at the same time?

20        THE INTERPRETER:  Yeah, I'll try that and see.

21        THE COURT:  Let's do something else, too.  Is my

22   deputy, Ms. Joseph, on the line?  Ms. Joseph, are you on the

23   line?

24        THE DEPUTY CLERK:  Yes, Judge.  Yes, Judge.  I'm on

25   the line.

kcb2KroC kjc

1              THE COURT:  Thank you.

2              Do you have the dial-in information for the bridge

3    number that you have worked to arrange for in order to help

4    solve for the problem that we are confronting here and, if so,

5    can you provide it to the --

6              THE DEPUTY CLERK:  Yes, I do.

7              THE COURT:  -- interpreter and can we get it to the

8    facility?

9              THE DEPUTY CLERK:  Yes.  I'm going to provide it.  I'm

10   going to send it to the e-mail address as we are speaking right

11   now.  So there is a dial-in number, which is 888-363-4749, and

12   the access code is 7214978#, and the host number is 4589.  So

13   I'm going to send that e-mail out right now, and then --

14             THE COURT:  Thank you.

15             THE DEPUTY CLERK:  -- I'm going to send the e-mail as

16   well to the facility so that way they can dial in to that

17   number.

18             THE COURT:  Good.  Thank you.  And can you reach out

19   to the facility so that they know to dial in to that number?

20             THE DEPUTY CLERK:  Yes, I can.

21             THE COURT:  Thank you.

22             I don't think that anyone other than you, probably,

23   Ms. Joseph, needs the host line, but you should dial in and

24   start that conference, if you would.

25             Let me just ask the interpreter --

kcb2KroC kjc

1        THE INTERPRETER:  Yes.

2        THE COURT:  -- would you inform each of the defendants

3   that they are going to need to disconnect and to dial in to the

4   number that was just provided by Ms. Joseph.  She is going to

5   reach out to each of the facilities with that number, but they

6   may need to advise someone who is physically there that they

7   should be doing that.  Can you let them know that and can you

8   also --

9        THE INTERPRETER:  Yes, your Honor.

10        THE COURT:  Thank you.

11        -- and can you also confirm, Mr. Interpreter, that you

12   have received the e-mail with the conference information.

13        THE INTERPRETER:  Okay.  Let me inform that.  Hold on.

14        Hello?  Hello?  Hello?  Hello?  Hello?  Hello?  Hello?

15   Hello?  Hello?  Hello?  Hello?

16        Hello, Your Honor?  I think they hang up already.  I'm

17   saying "hello," but nobody seems to answer from the defendants'

18   side.

19        THE COURT:  Good.  Thank you very much.

20        So why don't you dial in to this number using your

21   cell phone.  Why don't you reach out, so that you can be in

22   contact with the rest of us, and then if you can try to reach

23   out to the defendants using the bridge using any means

24   necessary, but we will also reach out to the facilities and ask

25   them to connect to the bridge.

kcb2KroC kjc

1          I'm going to place the parties on mute as we are

2     waiting for this to sort itself out.

3          THE INTERPRETER:  Okay.

4          THE COURT:  To be very clear, this is a bad use of my

5     time and everybody else's time.  It is a logistical step that

6     should not happen during the scheduled conference, but should

7     happen before it.  So I hope that this will be something that

8     we can improve on in the future.  I am placing the phone on

9     hold.  I will be waiting for everybody to reconvene.  Thank

10    you.

11         THE INTERPRETER:  All right.  Thanks.

12         (Pause)

13         THE INTERPRETER:  Hello?  Hello?  Hello?  Hang up.  We

14    have to call you with a different number now. (Foreign language

15    spoken).  Yeah.

16         THE COURT:  Just to be clear, they are going to need

17    to call you using the conference bridge, so that they will be

18    dialing in to a conference number.  We won't be calling them.

19    They will be calling into the conference number that Ms. Joseph

20    provided.

21         Again, I'm going to place you on hold and on mute.

22         (Pause)

23         THE INTERPRETER:  Hello?  Hello?

24         (Pause)

25         THE INTERPRETER:  I am holding on for the Court,

kcb2KroC kjc

1    because they say the host is not in yet.  Yeah.  I just add the

2    number that they send me by text, 888-363-4749.  The access

3    code text they send me, and said the access number is 7214978.

4    Okay.  The one is 557?  Yeah, that's what they send me, but

5    they just text me this number now.  Okay.  Let me try that now

6    again.

7                 (Pause)

8                 A VOICE:  I'm calling from MCC New York.  We seem to

9    be having a problem with the interpreter connecting the phone

10   call to you guys.

11                (Pause)

12                MR. OKSENHENDLER:  MCC?

13                A VOICE:  Yes.

14                MR. OKSENHENDLER:  This is one of the attorneys on the

15   call.  What the judge is trying to effectuate is for the

16   facilities to have a separate dial-in to the interpreter.  Have

17   you received that information yet?

18                A VOICE:  I just spoke with the interpreter, and he

19   said something similar to that.  So would you like me to call

20   the interpreter back?

21                THE INTERPRETER:  Yeah, I'm on, I'm on.

22                A VOICE:  Okay.  So I will hang up and call the

23   interpreter back.  Thank you.

24                THE INTERPRETER:  Yeah.  I am the interpreter.

25                (Music plays)

kcb2KroC kjc

1          THE INTERPRETER:  Hello?  Hello?  Yes.  Can you hear

2   me?

3          THE DEPUTY CLERK:  I can hear you.

4          THE INTERPRETER:  Yes, counsel.  I called before.

5   Yes.  I'm hearing music.

6          (Music plays)

7          THE INTERPRETER:  Hello?  Hello?

8          THE COURT:  So this is Judge Woods.  So I don't know

9   what was just happening, whoever was dialing in from --

10          THE INTERPRETER:  Yeah, dialing (unintelligible echo).

11          THE COURT:  Thank you.

12          So let me just confirm with the interpreter,

13   Mr. Interpreter, do you have each of the defendants on the

14   other line at this point?

15          THE INTERPRETER:  Yes, I did (unintelligible echo).

16          THE COURT REPORTER:  I'm sorry, Judge.  This is the

17   court reporter.  I didn't understand that.

18          THE COURT:  Yes, neither did I.

19          There is a lot of reverb on the line, so let me ask

20   everybody to please keep your phones on mute unless you are

21   speaking to the Court, so please keep your phones on mute

22   unless you are addressing the Court.

23          Let me ask if I can, Mr. Interpreter, would you repeat

24   what you just said?

25          THE INTERPRETER:  I said (unintelligible).

kcb2KroC kjc

1          THE COURT:  Thank you.

2          Can I ask, Mr. Interpreter, if you would repeat that?

3   Are you connected to this call using more than one phone at

4   this point?

5          THE INTERPRETER:  No.  I am using my telephone for the

6   call.  I am using my telephone for the call.

7          THE COURT:  Thank you.  So we are getting a

8   substantial amount of reverb from your line that appears to

9   be -- the reverb is coming from two separate lines.  One is the

10  number that ends in 8013.  The other is from the number that

11  ends in 4937.  One of those numbers is the interpreter's.  One

12  of them is someone else's.  Mr. Interpreter, are you dealing in

13  from 8013?

14         THE INTERPRETER:  Yeah.  That's the cell phone I'm

15  using now for the Court.  The other one ends in 4937.  That's

16  the landline.  I'm not using that right now.

17         THE COURT:  Thank you.  So you are not using the 4937

18  line right now?

19         THE INTERPRETER:  No.

20         THE COURT:  Thank you.  And yet it is still connected

21  to this conference.  So, Mr. Interpreter, understanding the

22  problem that we are trying to solve, do you think that it makes

23  sense for you to have your landline connected to the main

24  conference number?

25         THE INTERPRETER:  No.  That's off now, your Honor.

kcb2KroC kjc

1          THE COURT:  Yes.  Now it is.  That's because you just

2     disconnected it.  But until just now it was on.

3          THE INTERPRETER:  Yes.

4          THE COURT:  That's why we heard a reverb --

5          THE INTERPRETER:  Yes, sorry.

6          THE COURT:  -- and that is almost certainly why we

7     were --

8          THE INTERPRETER:  Now it --

9          THE COURT:  Mr. Interpreter, that is also almost

10    certainly why we were hearing absurdist jazz music instead of

11    conducting a criminal proceeding.

12          So I would ask that you please be mindful of

13    everyone's time here.  We just used a half an hour of my time,

14    two lawyers' time, the court reporter's time, and other staff

15    members of mine, in order to resolve what is a very

16    straightforward issue.  That is a bad use of our time.  I am

17    not content.

18          So let's see if we can start with the baseline issue.

19          Mr. Interpreter, do you now have each of the

20    defendants on the line so that you can provide the simultaneous

21    interpretation services for which you have been retained?

22          THE INTERPRETER:  No.  They didn't call the land phone

23    number.  I am only using the cell phone for the Court.  I tried

24    to give them the number, but nobody answered anything.  So they

25    couldn't call me on the land phone yet.

kcb2KroC kjc

1            THE COURT:  Thank you.

2            So when you say they haven't called you on the land

3    phone yet, can I ask what you are referring to?

4            THE INTERPRETER:  The line ending 4937.

5            THE COURT:  Thank you.

6            THE INTERPRETER:  That's the one I'm --

7            THE COURT:  So.

8            THE INTERPRETER:  -- supposed to be using for the

9    defendants.

10            THE COURT:  Yes.

11            THE INTERPRETER:  That's why I can use the cell phone

12    for the Court, because I can put that on mute and translate.

13            THE COURT:  Yes.  That's right.  Very good.  I'm happy

14    that you appreciate that part of the plan.

15            Let me ask if we have a mutual understanding of the

16    other part of the plan.  In that plan, each of the prisoners

17    would call in to the conference line that Ms. Joseph gave you

18    earlier.  Do you remember hearing that?

19            THE INTERPRETER:  Your Honor, that is 888 --

20            A VOICE:  Hey, hello.  This is MCC legal department,

21    Mr. Peake speaking.  We tried to contact you guys through the

22    other line that was provided, the 888-363-4749, and no one is

23    picking up on that line.  We are trying to make this call

24    happen.  Could you guys please advise me on what's the next

25    step?

kcb2KroC kjc

1          THE COURT:  Yes.  This is Judge Woods.

2          The prisoners should dial in to the conference call

3    line that was provided to you by Ms. Joseph.  It is not an

4    individual phone number.  It is a conference call line.

5          A VOICE:  And that number is the 888-363-4749.

6          THE COURT:  I do not know.  Counsel or Ms. Joseph, do

7    you know?

8          THE INTERPRETER:  I have 888-557-8511.

9          A VOICE:  That's the number I just dialed to get into

10   this room.  Do you want Mr. Kromah to dial this number and get

11   into -- and then you guys can speak to him from here?

12         THE COURT:  No.  We don't.

13         A VOICE:  Okay.

14         THE COURT:  Ms. Joseph, are you there?  Ms. Joseph,

15   are you there?

16         THE INTERPRETER:  Yeah, I'm here.

17         (Court and court reporter confer)

18         (Record read)

19         A VOICE:  So we will dial in and we will stand by,

20   sir.

21         THE COURT:  Thank you.

22         A VOICE:  Okay.  Thank you.

23         THE INTERPRETER:  Do you have my land phone number for

24   the defendants --

25         THE COURT:  No.  No.  Mr. Interpreter, can I just help

kcb2KroC kjc

1    you understand this?

2                 THE INTERPRETER:  Yes.

3                 THE COURT:  So just a couple of things.

4            First, they have apparently been trying to call you on

5    your land phone.  There is a reason why they have not been able

6    to answer -- nobody has answered at that number.  That was

7    because, until very recently, you had that line still connected

8    to this conference.  So unless you have multiple lines that

9    would ring, there would be no way for your phone to ring

10   because it is connected to this call.  Does that make sense to

11   you?

12                THE INTERPRETER:  Okay.  Yes.

13                THE COURT:  Thank you.

14           Do you understand the second issue here, which is that

15   (a) in addition to the fact I just said, namely, that people

16   cannot call you on your phone number when your phone number is

17   connected to a different line, I also want to point out to you

18   point B.  Point B is that the strategy that we just implemented

19   was to have each of the prisoners dial in to a conference

20   number.

21                THE INTERPRETER:  Yes.

22                THE COURT:  Right?

23                THE INTERPRETER:  Yes.

24                THE COURT:  So they are dialing in to a conference

25   number.  That is our goal.  And then --

kcb2KroC kjc

1                THE INTERPRETER:  Yes.

2                THE COURT:  -- how will you get into that conference

3      number?  The answer is that you will call that number using

4      your landline.

5                THE INTERPRETER:  Okay.

6                THE COURT:  Under this structure, no one calls your

7      landline because the problem was --

8                THE INTERPRETER:  Okay, your Honor.

9                THE COURT:  -- your landline could not accept two

10     calls.  It is --

11               THE INTERPRETER:  Yes.

12               THE COURT:  -- the reason why we came up with this to

13     solve your problem, was so that you could connect two people to

14     your landline.

15               THE INTERPRETER:  Okay.

16               THE COURT:  They cannot call you, so you must call --

17               THE INTERPRETER:  Okay.

18               THE COURT:  -- the other conference number.  Is that

19     clear?

20               THE INTERPRETER:  Okay.  Yes, your Honor.

21               THE COURT:  Do you understand?  Did you receive the

22     e-mail from Ms. Joseph with the conference number?

23               THE INTERPRETER:  Yes, I did.

24               THE COURT:  Thank you.

25               THE INTERPRETER:  Yes.

kcb2KroC kjc

| | |
|---|---|
| 1 | THE COURT:  So can we please work to implement that, |
| 2 | if you would, please.  That would be a good thing for us to do |
| 3 | to try to get this work done.  Thank you. |
| 4 | THE INTERPRETER:  Okay.  I'll call now.  Thank you, |
| 5 | your Honor. |
| 6 | MR. OKSENHENDLER:  Judge, this is Mr. Oksenhendler.  I |
| 7 | think there is one last part of this.  When the interpreter |
| 8 | enters the room, does he enter the host number or as a |
| 9 | participant? |
| 10 | THE COURT:  Thank you.  I asked Ms. Joseph to dial in |
| 11 | as the host.  She has not responded.  But I am hoping that she |
| 12 | is dialing in as the host and so that he would be dialing in as |
| 13 | a participant. |
| 14 | MR. OKSENHENDLER:  Okay.  So, Mr. Interpreter, please |
| 15 | dial in as the participant once you enter the number and |
| 16 | then -- |
| 17 | THE DEPUTY CLERK:  I am on the phone as the host. |
| 18 | MR. OKSENHENDLER:  -- hit pound. |
| 19 | And, Judge, I don't mean to interrupt.  I'm just |
| 20 | trying to help. |
| 21 | THE COURT:  No.  This is apparently a process that |
| 22 | requires a lot of minds working on it, so I appreciate the |
| 23 | help. |
| 24 | (Foreign language spoken) |
| 25 | THE DEPUTY CLERK:  Judge?  Judge? |

kcb2KroC kjc

```
 1              THE COURT:  Yes.

 2              THE DEPUTY CLERK:  Judge Woods?  Hello?

 3              THE COURT:  Yes.

 4              THE INTERPRETER:  Hello?  Hello?

 5              THE COURT:  Yes.  This is Judge Woods.  Are we ready

 6    to proceed?  Counsel, are we ready to proceed?

 7              Mr. Interpreter, can you hear me?

 8              THE INTERPRETER:  Yes, your Honor.  I can hear you.

 9              THE COURT:  Good.  Thank you.  Are we ready to

10    proceed?

11              MR. SCHAEFFER:  The government is ready, your Honor.

12              THE COURT:  Good.  Thank you.

13              Are both defendants on the line, Mr. Interpreter?

14              THE INTERPRETER:  Yes.  They are both on line now.

15    One of the defendants want to speak to his lawyer first.

16              THE COURT:  Let's see.

17              THE INTERPRETER:  Mr. Cherif said he wants to speak to

18    his lawyer first.

19              THE COURT:  Thank you.  Let me see if there is

20    anything that I can do.  So I think that what I can do is, I

21    think that I have the capacity to put you, Mr. Interpreter,

22    into a conference line with counsel.  I do not have the

23    capacity to -- I think I have the technical capacity to do

24    that.  I do not, however, have the technical capacity to hide

25    you off from the other defendant, so I don't have a way to
```

kcb2KroC kjc

allow the defendant to have a private conversation with you

translating without the other defendant hearing what is said.

So, in sum, while I can put you on the line with a defendant's

counsel, I do not have a way to ensure that the other defendant

does not hear what is said.

So let me begin the proceeding and I will invite

counsel to let me know if there is anything that you would like

for me to do in order to make sure that you have the

opportunity to speak with your clients further.

So at the outset, let me just briefly inquire further

of the interpreter, Mr. Interpreter, I would just like to ask

you the following:

Do you solemnly swear to interpret these proceedings

truly, fairly, and impartially to the best of your ability, so

help you God.

THE INTERPRETER:  Yes, your Honor.

THE COURT:  Thank you.  So let's proceed.

At the outset, let me note that this is a public

proceeding.  Each of you should be aware that any member of the

public or press is welcome to join the conference at any time.

I ask you simply to be mindful of that.

The second thing that I want to do is to remind each

of you to please keep your phones on mute at all times.  They

should remain on mute except when you are addressing the Court.

I ask that each of you please state your name each time that

kcb2KroC kjc

1    you speak during this conference.  It is important that you do

2    that so that the court reporter can hear who it is that is

3    speaking and can accurately transcribe that fact.  If she asks

4    you to do something that will make it easier for her to do her

5    job, please do it to the extent that you can.

6           I am also ordering that there be no recording or

7    rebroadcast of all or any portion of this conference.

8           So we are beginning this proceeding about 40 minutes

9    late because of some technical issues not worked out in advance

10   by our interpreter.

11          This is a proceeding -- a status conference with

12   respect to criminal proceedings against Mr. Cherif and

13   Mr. Kromah.  I would like to say a few brief words about the

14   context in which we are conducting this proceeding.  I am

15   conducting this proceeding by telephone, I am doing that

16   because we are in the midst of the COVID-19 pandemic, and I am

17   conducting this proceeding pursuant to the authority provided

18   by Section 15002 of the CARES Act and the standing orders

19   issued by our chief judge pursuant to that act.

20          Counsel are appearing before me by telephone.  Each of

21   the defendants are here and are participating by telephone.  I

22   have heard from each of the lawyers here, but let me just

23   briefly --

24          A VOICE:  Hello?

25          THE COURT:  -- confirm with each of the defendants

kcb2KroC kjc

1      that each of you can hear me.

2              First, Mr. Kromah can you hear me?

3              (Foreign language spoken)

4              THE INTERPRETER:  No.  He said he is not hearing you,

5      your Honor.

6              THE COURT:  Thank you.

7              So can I just ask, Mr. Interpreter, are you

8      interpreting simultaneously?  Because I just heard you speaking

9      my last, I will call it, two sentences worth of information

10     where I inquired of something from Mr. Kromah.

11             THE INTERPRETER:  I am, your Honor.

12             THE COURT:  Okay.  Because up until that point I had

13     not heard what you were saying, but then I heard you out loud.

14     You should in fact be keeping your translation on mute at all

15     times --

16             THE INTERPRETER:  Yes.

17             THE COURT:  -- and then I would expect to hear you

18     when you provide the English interpretation of the things that

19     are stated by each of the defendants.  That is the only time

20     that I expect to --

21             (Foreign language spoken)

22             THE COURT:  -- hear you on the conference.

23             (Foreign language spoken)

24             THE COURT:  We have just spent a substantial amount of

25     time working that through.

kcb2KroC kjc

1              (Foreign language spoken)

2              THE COURT:  So, Mr. Interpreter, again, I can hear

3     what you are saying.  Mr. Interpreter, this is a question for

4     you.  Do you appreciate what it is that I am asking of you?

5     Namely, that you take advantage of the work that we have just

6     done to keep your phone on mute except when you are voicing the

7     responses of the defendants and any comments they wish to make

8     verbatim based on your translation?

9              Mr. Interpreter, do you understand that is my

10    expectation?

11             THE INTERPRETER:  Yeah, I put my cell phone mute, and

12    I am translating to the defendants, so you won't hear it.

13             THE COURT:  Good.  Thank you very much.  You have not

14    just been doing that so --

15             THE INTERPRETER:  Yes, I --

16             THE COURT:  -- please do it going forward.

17             THE INTERPRETER:  -- do it now.

18             THE COURT:  So, Mr. Kromah, have you been hearing the

19    simultaneous interpretation of the things that I have been

20    saying?

21             (Pause)

22             THE INTERPRETER:  Yes.  He said he hear me, but he

23    couldn't hear the Judge speaking.

24             THE COURT:  Thank you.

25             Mr. Cherif, have you been able to hear the

kcb2KroC kjc

1     simultaneous translation of the things that I am saying here?

2                THE INTERPRETER:  Yes.  He said he speak me -- he hear

3     me speaking, but he couldn't hear the judge speaking.

4                THE COURT:  Thank you.  Good.

5                So let me just ask each of the defendants to please

6     let me know if you have any difficulty understanding what's

7     happening during the course of this proceeding.

8                Mr. Kromah, will you please let me know if you have

9     any difficulty understanding what's happening here?

10               THE DEFENDANT:  Yes, I can hear the interpreter.

11    Anything, I let him know.

12               THE COURT:  Thank you.

13               Mr. Cherif, will you please let me know if you have

14    any difficulty understanding anything that happens here today?

15               THE DEFENDANT:  Yes.  I am here.  Yes.  I let you

16    know.

17               THE COURT:  Thank you.

18               Now, we are conducting these proceedings by telephone

19    due to the situation with COVID in the United States but, more

20    importantly, in New York City and in particular the protocol

21    that Chief Judge McMahon has put in place with respect to

22    in-person proceedings.  There is a strong inclination to

23    conduct hearings by remote means where the defendants have

24    agreed to do so.

25               (Foreign language spoken)

kcb2KroC kjc

1          THE COURT:  Mr. Interpreter, would you place your

2    phone on mute?  Thank you.

3          I make that finding because, while there is some

4    limited videoconferencing capability in the prison facilities,

5    that capacity is very limited.  I have requested

6    videoconferencing --

7          (Foreign language spoken)

8          THE COURT:  -- for this conference.

9          Thank you.  Mr. Interpreter, can I ask you to please

10   place your phone on mute if you would, please?

11         Unfortunately, videoconferencing was not available for

12   us to conduct this proceeding today.  As a result, we are

13   conducting it by telephone.  I conclude that each of the

14   defendants is able to participate in the proceeding by

15   telephone.  Each of them is connected, after much undue labor,

16   to a conference call with the interpreter, who is translating

17   for them.  They both confirmed that they are able to hear and

18   understand what is being interpreted to them through the

19   interpreter.  So I find that they are both able to participate

20   in the proceeding by telephone.

21         Now, I have received a written waiver of right to be

22   present at a criminal proceeding from each of the defendants.

23   What I would like to do now is to confirm with each of the

24   counsel for each of the defendants that each defendant was

25   advised of his right to appear in this proceeding in person and

kcb2KroC kjc

1    that he understood those rights and that he voluntarily gave up

2    those rights.

3            I am going to turn to --

4            (Foreign language spoken)

5            THE COURT:  -- counsel for each of the defendants in

6    turn.

7            (Foreign language spoken)

8            THE COURT:  And if I can, again, Mr. Interpreter, ask

9    you to please place your phone --

10           THE INTERPRETER:  Huh?

11           THE COURT:  -- on mute, it would be very helpful for

12   us to conduct this proceeding in a more seamless way.

13           THE INTERPRETER:  Okay.

14           THE COURT:  Thank you.

15           So I would like to begin, if I can, with counsel for

16   Mr. Cherif.  I have received a copy of the form that has been

17   completed by you on behalf of Mr. Cherif.  Can I ask you to

18   just please briefly describe how the document was provided to

19   Mr. Cherif and the circumstances in which you discussed it with

20   him.

21           Counsel for Mr. Cherif.

22           MR. OKSENHENDLER:  Yes.  This is --

23           (Foreign language spoken)

24           MR. OKSENHENDLER:  Judge, I keep hearing the

25   interpreter.  This is Mr. Oksenhendler.

kcb2KroC kjc

1          THE COURT:  Yes.  Thank you.

2          Mr. Interpreter, if I can --

3          (Foreign language spoken)

4          THE COURT:  Mr. Interpreter, if I can please ask that

5     you keep the phone on mute.  That would be very helpful.

6     Again, Mr. Interpreter, this is a comment directed at you.  We

7     just did a bunch of work to make it possible for you to mute

8     the line so that you would not be speaking over the English

9     portion of the proceedings in a foreign language.  You

10    understand the issues associated with that, as you have told

11    us.  Would you please keep your phone on mute except when you

12    are voicing the response of the defendants to a question or

13    vocalizing any concern or a statement that they wish to make to

14    the Court or their counsel?  So at all other times, I would ask

15    that you please keep the line that is connected to this

16    conference on mute.

17         Mr. Interpreter, can you do that for me?  Can you

18    please respond affirmatively or negatively if you are incapable

19    of doing it?

20         (Pause)

21         THE COURT:  Mr. Interpreter, will you please keep your

22    phone own mute?  Can I just ask you to briefly to respond?

23         (Pause)

24         THE COURT:  And in this instance you should take your

25    phone off the mute.  Mr. Interpreter, are you there?

kcb2KroC kjc

1    Mr. Interpreter, are you there?

2              THE INTERPRETER:  Yes, I'm here.

3              THE COURT:  Good.  Thank you.  And could you --

4              THE INTERPRETER:  I said -- Mr. Cherif said he would

5    like to ask you --

6              THE COURT:  Thank you.  I'm sorry.

7              THE INTERPRETER:  Mr. Cherif would like to ask you a

8    question.

9              THE COURT:  I'm sorry.  Who would like to ask me a

10   question?

11             THE INTERPRETER:  Mr. Cherif.  He said he want to tell

12   you that whenever he call his lawyer, the lawyer never pick up

13   the call.

14             THE COURT:  Thank you.  I do want to hear from him.

15   Let me just say this to Mr. Cherif.  Mr. Cherif, thank you very

16   much.  I will, in just a moment, turn to each of the defendants

17   and ask, on behalf of the Court, if there is anything that you

18   would like to raise.  But if I can, I would just like to ask

19   for your patience for just a few moments as we get through my

20   agenda for this conference, and then I welcome any comments.

21   But there are some procedural things that I would like to make

22   sure that I have covered.  But, Mr. Cherif, please rest assured

23   that I will give you have the opportunity to raise an issue

24   through counsel, if you wish, later in the conference, and I

25   will make a note to come back --

kcb2KroC kjc

1          (Foreign language spoken)

2          THE COURT:  -- to you on that, Mr. Cherif.

3          So just a brief comment to the interpreter -- thank

4    you, just a brief comment to you, Mr. Interpreter.  If you

5    would please keep your phone on mute when you are providing

6    your interpretation so that you can do two things: (1) so that

7    you can provide simultaneous interpretation of what we are

8    saying here today rather than alternatively potentially waiting

9    for a pause and then downloading a large volume of information;

10   and (2) so that you are not speaking over the rest of the

11   proceedings, again remembering that the work that we did

12   earlier in this conference was designed to permit us to proceed

13   without you speaking over us.  So I can again ask you to keep

14   your phone on mute.

15         Let me turn back to counsel for Mr. Cherif, and I will

16   come back and see if there is anything that I can do to help

17   the defendants individually communicate with counsel or if

18   there are any issues that you wish to bring to my attention

19   through counsel.

20         But at this point, can you please describe to me

21   how --

22         (Foreign language spoken)

23         THE COURT:  -- it was that the document was provided

24   to the defendant, Mr. Cherif, and the circumstances in which

25   you discussed it with him?

kcb2KroC kjc

1          MR. OKSENHENDLER:  Yes.  Yes, your Honor.  This is Guy
2     Oksenhendler.
3          (Foreign language spoken)
4          MR. OKSENHENDLER:  At his initial appearance, I had
5     discussed with Mr. Cherif, through the court interpreter, the
6     circumstances that the courts are now facing with COVID-19 and
7     that many, if not all, of the upcoming appearance in the case
8     would be done either by video or by telephone, and he at that
9     point gave me a blanket consent for him to appear by video or
10    by telephone.  We filed documents.  We filed the initial waiver
11    of appearance and consent to proceed at his initial
12    arraignment.  And I spoke to him again, I believe, after the
13    last court appearance again about this issue.  So I was given
14    permission by Mr. Cherif for him to proceed telephonically or
15    by video.
16          I understand that he was trying to reach me.  I had a
17    spam filter on my phone which was blocking many of, I assume,
18    calls from the Essex County Jail, which was recently removed
19    when I was made aware that it was blocking the calls.  So that
20    will no longer be an issue.
21          THE COURT:  Good.  Thank you very much.
22          (Pause)
23          A VOICE:  Hello?  Hello?
24          THE COURT:  Thank you very much.  Good.  Thank you
25    very much, counsel.

kcb2KroC kjc

1          So let me just ask, counsel, I understand that you

2     were not able to obtain the defendant's signature on the

3     document.  Can you tell me why not?

4          MR. OKSENHENDLER:  It is my understanding, your Honor,

5     that under the CARES Act that once I -- the defendant gives

6     permission for the proceeding to occur telephonically, that the

7     CARES Act gives the Court authorization to sign on the

8     defendant's behalf.

9          THE COURT:  Good.  Thank you very much.

10         So let me turn to Mr. Cherif.  I have a question for

11    you, Mr. Cherif.

12         Mr. Cherif, I have a document with your attorney's

13    signature that indicates that you are willing to give up your

14    right to be present in the courtroom for this proceeding for

15    purposes of conducting this proceeding and, indeed, that, as

16    written, it waives your right to be here for purposes of this

17    proceeding and for other subsequent similar proceedings.  So,

18    again, I have a document with your attorney's signature that

19    indicates that you are willing to give up your right to be

20    present in the courtroom for this proceeding and future

21    conferences in this case until such time as the current

22    emergency no longer impedes travel.

23         Do you have any objection, Mr. Cherif, to me signing

24    your name as well to this document containing the waiver of

25    your physical presence here?  Mr. Cherif?

kcb2KroC kjc

1              (Pause)

2              MR. OKSENHENDLER:  Judge, you may have to instruct the

3    interpreter to take his phone off mute so that he can answer.

4              THE COURT:  Thank you very much.

5              MR. OKSENHENDLER:  This is Mr. Oksenhendler.

6              THE COURT:  Thank you.  I hope the interpreter will

7    take his phone off of mute when he is responding.

8              THE DEPUTY CLERK:  Judge, he is still translating.  He

9    is still translating.

10             (Pause)

11             A VOICE:  Hello?  Hello?

12             THE COURT:  Yes.  Mr. Cherif, how do you respond to my

13   question?

14             (Pause)

15             THE COURT:  Mr. Cherif?

16             THE INTERPRETER:  Yeah, hold on.

17             THE COURT:  Let me just take a brief pause.  We are

18   waiting for our interpreter to communicate with the defendant

19   in this case.  I just want to take a brief moment, because I

20   have another proceeding that was scheduled to begin --

21             THE INTERPRETER:  Hello?

22             THE COURT:  Yes.  Give us one moment, please,

23   Mr. Interpreter.

24             I have another conference scheduled to begin at 1 p.m.

25   Unfortunately this matter, which was scheduled to begin at

kcb2KroC kjc

| | |
|---|---|
| 1 | noon, is in its infancy.  So, counsel, to the extent that you |
| 2 | have dialed in for this 1 p.m. conference, which I should have |
| 3 | been ready for, with apologies, realistically, we are not going |
| 4 | to be able to get to that in the very near future and certainly |
| 5 | not with sufficient time to complete the work necessary in that |
| 6 | matter because of an issue in this other proceeding.  So if you |
| 7 | have dialed in for the 1 p.m. conference or hearing with |
| 8 | respect to In re: IsZo Capital LP, please stand by or I should |
| 9 | say you should disconnect, and I will issue a separate order to |
| 10 | try to adjourn that conference for later this afternoon.  I |
| 11 | will try to schedule it for around 3 p.m.  Again, I apologize |
| 12 | that we are not getting to it right now, but it is because of |
| 13 | an issue that we just had with this conference.  So again I |
| 14 | apologize, but I will try to reschedule it for later this |
| 15 | afternoon at either 3:00 or 3:30 p.m.  You should look for an |
| 16 | order that will be issued on ECF shortly.  Again, I apologize. |
| 17 | So do we have a response from Mr. Cherif with respect |
| 18 | to my prior question? |
| 19 | THE INTERPRETER:  Yes, your Honor.  Mr. Cherif is |
| 20 | saying that he need somebody who speak Mandingo from Ivory |
| 21 | Coast or Liberia. |
| 22 | THE COURT:  Thank you. |
| 23 | Let me just ask, let me ask Mr. Cherif, Mr. Cherif, |
| 24 | can you understand what the interpreter is saying to you here? |
| 25 | (Foreign language spoken) |

kcb2KroC kjc

1      THE INTERPRETER:  Your Honor, he saying he want to

2  know what is the reason of this conference?  What are you

3  talking about concerning about this COVID-19?

4      THE COURT:  I'm sorry.  Could you restate what it is

5  that he is interested in knowing about?

6      THE INTERPRETER:  He said he want to know the reason

7  of this conference and also what are you talking about

8  concerning about the COVID-19.

9      THE COURT:  Thank you.  So I'm happy to respond to

10  that question, but let me just follow up on the other comment,

11  which I understand you told me that he said that he needs a

12  Mandingo interpreter from the Ivory Coast.

13      THE INTERPRETER:  Ivory Coast, yes.

14      THE COURT:  And the question for Mr. Cherif is,

15  Mr. Cherif, do you understand what the interpreter is saying to

16  you here?

17      (Pause)

18      THE COURT:  That's hopefully a yes/no question.

19  Mr. Cherif, do you understand what the interpreter is saying to

20  you here?

21      (Pause)

22      THE COURT:  Mr. Cherif, do you understand what the

23  interpreter is saying to you here?

24      (Pause)

25      THE COURT:  Mr. Interpreter, are you there?

kcb2KroC kjc

| | |
|---|---|
| 1 | THE INTERPRETER:  I said that he said that he would |
| 2 | like to complete this conference, but next time he would like |
| 3 | to have somebody from Ivory Coast or from Guinea. |
| 4 | THE COURT:  Thank you. |
| 5 | Does Mr. Cherif -- Mr. Cherif, do you understand what |
| 6 | the interpreter is saying to you here?  I understand that, for |
| 7 | future conferences, you would like to have somebody from the |
| 8 | Ivory Coast or Guinea who speaks Mandingo, but for purposes of |
| 9 | this conference, I would like to confirm that you can |
| 10 | understand what the interpreter is saying to you. |
| 11 | (Foreign language spoken) |
| 12 | THE DEFENDANT:  Yes, I understand what he just said, |
| 13 | but what I'm concerned about, he did mention to me a concern |
| 14 | about this COVID-19.  I don't understand that. |
| 15 | THE COURT:  Thank you.  Good.  I'm happy to talk about |
| 16 | that in a little more length now, if it's helpful for |
| 17 | Mr. Cherif and hopefully Mr. Kromah. |
| 18 | So COVID-19 is a global issue, as each of the |
| 19 | defendants knows.  Usually criminal proceedings in United |
| 20 | States Courts take place in person.  So under normal |
| 21 | circumstances, nearly all criminal proceedings, I should say |
| 22 | nearly all criminal proceedings happen in person.  So |
| 23 | defendants would come to court and a conference such as this |
| 24 | one would take place in the courtroom. |
| 25 | Because of COVID-19, the United States Congress passed |

kcb2KroC kjc

1    and the president signed a statute that permits me to conduct

2    proceedings by telephone, as here, in circumstances --

3            (Foreign language spoken)

4            THE COURT:  So, again, Mr. Interpreter, if I can just

5    beg that you keep the phone on mute if you would and also,

6    again, ask that you continue to provide simultaneous

7    translations.

8            So I am talking about COVID right now because the

9    statutory power that I have to conduct this proceeding by

10   remote means as a result of the COVID pandemic requires that I

11   make certain findings.  And so before we can get to the

12   substance of today's conference, I have to address these issues

13   that relate to my ability to conduct this proceeding by remote

14   means, that is, by telephone, rather than conducting them in

15   person in the courthouse.  These are threshold issues.  They

16   don't have anything to do with the substance of the conference.

17   But I cannot get to the substantive issues to be discussed

18   here, which is, as I understand it, a status conference, which

19   under ordinary circumstances would take about -- or I should

20   say a short amount of time, but before I can get to the

21   substance of this conference, I have to go through a number of

22   issues that relate to my authority to conduct this proceeding

23   by telephone because of COVID.

24           That is why I am talking about COVID now, not because

25   it has anything to do with your case necessarily, but because

kcb2KroC kjc

1    it relates to the means by which we are conducting this

2    proceeding, namely, by telephone rather than in person.  So it

3    is for that reason that I have asked about the waiver form that

4    I have just asked your counsel about.

5           And I would like to ask you again, if I can, please,

6    Mr. Cherif, the following:  Mr. Cherif, I have a document with

7    your attorney's signature that indicates that you are willing

8    to give up your right to be present in the courtroom for this

9    proceeding and future conferences as a result of the current

10   emergency.  Do you have any objection to me signing your name

11   as well to this document, Mr. Cherif?

12          (Pause)

13          THE COURT:  Thank you.  Mr. Cherif are you there?  Do

14   you have any objections to me signing this document on your

15   behalf as well?

16          THE DEPUTY CLERK:  This is Wileen.  He is still

17   translating.  They are going back and forth.

18          (Pause)

19          A VOICE:  Hello?  Hello?

20          THE COURT:  Yes.  Mr. Cherif, do you have any

21   objections to me signing this document on your behalf, as

22   well?

23          (Pause)

24          THE COURT:  Mr. Cherif, are you there?

25          THE INTERPRETER:  Can you hear me, your Honor?

kcb2KroC kjc

1          THE COURT:  Yes.

2          THE INTERPRETER:  He never respond to your question.

3    He say that he want to know if this case is going to trial or

4    not.  I ask him your question.  You ask him if you want the

5    Judge to sign on your behalf or not, but he never respond to

6    that.

7          THE COURT:  Thank you.  So let me -- so just a few

8    more comments for you to interpret for Mr. Cherif.

9          Mr. Cherif, I would ask you to focus on my question,

10   if you would, please.  In order for us to get to the substance

11   of this conference, I need to establish that I can conduct this

12   conference by remote means.  So if you would, please, listen to

13   my question and respond to it, my hope is that at some point we

14   will be able to turn to the substantive issues that we are

15   going to discuss here.

16         Mr. Cherif, would you be willing to do that, please?

17         (Foreign language spoken)

18         A VOICE:  Hello?  Hello, your Honor?

19         THE COURT:  Yes.

20         A VOICE:  Hello?

21         THE INTERPRETER:  Yeah.  He saying he would like to

22   talk to his lawyer first to ask questions.

23         THE COURT:  Thank you.

24         So, counsel, it is 1:20 p.m.  This conference was

25   scheduled to begin at noon.  We, frankly, misused about 40

kcb2KroC kjc

1    minutes of time because our interpreter was not prepared to do

2    the job in a way that is appropriate for interpreting here,

3    namely, he did not have the technological system in place that

4    would allow him to interpret simultaneously without us hearing

5    the comments that he is making to the defendants.  We solved

6    for that about 45 minutes in, but at this point we are having

7    some difficulty going through what is usually a relatively

8    straightforward colloquy regarding CARES Act and the underlying

9    CARES Act requirements.  That is because, in part, Mr. Cherif

10   wants to speak with his counsel.  I am happy to provide

11   Mr. Cherif the opportunity to discuss with his counsel issues

12   in this case if he wants to do that before we proceed.  And I'm

13   willing to adjourn today's proceeding so that we can go forward

14   in a more effective way going forward.

15           I am, frankly, very saddened by the ineffective and

16   inefficient use of the parties' time during this conference,

17   which comes from clearly identifiable sources, but at this

18   point I am hesitant to conclude that we should continue to

19   struggle through this process.  I fear that at the pace that we

20   are going right now that we will not finish by 2 p.m.

21           So I want to hear from the parties what you think

22   would be the most effective way to proceed.  The parties know

23   that there are constraints on the Court's ability to schedule

24   conferences by remote means, as well as in-person proceedings,

25   but I am happy to schedule us to reconvene, perhaps on -- with

kcb2KroC kjc

1    one defendant at a time, if that would be easier, for the

2    earliest available date in the future, but I'm hesitant to

3    continue, given that Mr. Cherif apparently is filibustering --

4            (Foreign language spoken)

5            THE COURT:  So let me hear from the parties what your

6    suggestions are.  Let me hear first from --

7            (Foreign language spoken)

8            THE COURT:  Let me hear first from counsel for

9    Mr. Cherif --

10           (Foreign language spoken)

11           THE COURT:  -- and again just a brief aside --

12           (Foreign language spoken)

13           THE COURT:  Just as a brief aside to the interpreter,

14   if you would, please, keep your line on mute, it would be

15   helpful.

16           So let me hear first, if I can, from counsel for

17   Mr. Cherif.  What's your suggestion about how we should best

18   proceed at this point?  As I understand it, your client wants

19   to talk with you further before we proceed and seems hesitant

20   to go forward without having that opportunity first.  I had

21   hoped --

22           MR. OKSENHENDLER:  Yes, your Honor.

23           THE COURT:  -- we could do the basic work here and

24   then turn to that, but I'm happy to do whatever the parties

25   think is most efficient here.

kcb2KroC kjc

1          Counsel for Mr. Cherif?

2          MR. OKSENHENDLER:  Yes, your Honor.  This is Guy

3    Oksenhendler for Mr. Cherif.

4          Perhaps adjourning this case to early January, in

5    light of the Christmas vacation, it's my understanding that it

6    takes about two weeks for the Court to schedule the

7    teleconferences.  That would put this past the Christmas

8    holiday, where it might even be further frustrated.  That would

9    give me time to speak to him again and answer any questions

10   that he has.

11         To make the Court aware, Mr. Schaeffer, after he and I

12   had discussed the fact that discovery had not yet been received

13   by Essex County on my client's behalf, through no fault of any

14   of the parties, went to the extraordinary length of having a

15   copy of the discovery about two weeks ago hand delivered to the

16   facility to ensure its acceptance by the facility for the

17   benefit of my client.  I will do whatever is necessary, even if

18   I have to go to the jail myself, and will forego trying to

19   schedule a teleconference with him.  I will reach out to the

20   interpreter to make sure that he is available and within the

21   next week, go see Mr. Cherif at the facility to allay any

22   concerns that he has, although I have explained to him what has

23   been ongoing in the case.  But discovery should now be at the

24   jail for him to begin reviewing, and we would consent to any

25   exclusion of time until the Court sets an adjourned date for us

kcb2KroC kjc

1     to conference again.  I think that might be the very best way

2     to proceed.

3                 THE COURT:  Thank you.

4                 Counsel for Mr. Kromah, what's your view?

5                 MR. CHABROWE:  Good afternoon.  Yes.  Jeff Chabrowe

6     for Mr. Kromah.

7                 Your Honor, I would agree that it would be fine to

8     adjourn it to early January.  I'm sorry that this has been

9     difficult today.

10                There is just one issue that I wanted to bring to the

11    Court's attention, if possible.  Mr. Kromah has been e-mailing

12    me from MCC that he has been having extreme pain in his --

13    chest pains and pains in his lower back shooting to his groin.

14    It's been very, very difficult for him to get medical attention

15    at MCC.  We have reached out to MCC and have really gotten no

16    help whatsoever, and I just was hoping that perhaps the Court

17    might able to somehow intervene in a way where Mr. Kromah could

18    be seen by a doctor.  He is in a lot of pain.  I have been

19    getting constant phone calls from his family who are very, very

20    concerned, and we are just not -- it has been very difficult at

21    MCC for a number of reasons, as we all know, and it has been

22    very -- it's been -- he hasn't been getting the medical

23    attention he needs, and I was hoping that perhaps the Court

24    could intervene and order some certain medical attention for

25    Mr. Kromah

kcb2KroC kjc

1          THE COURT:  Good.  Thank you.  I will take that up.

2          Counsel for the United States, what's your view

3    regarding appropriate steps at this point?  Counsel for each of

4    the defendants have consented to an adjournment.  What's your

5    view, counsel for the government?

6          MR. SCHAEFFER:  This is Jarrod Schaeffer for the

7    government, your Honor.

8          The government would be amenable to that as well,

9    provided that --

10          (Court reporter and counsel confer)

11          MR. SCHAEFFER:  This is Jarrod Schaeffer for the

12    government.

13          The government would be amenable to an adjournment of

14    this proceeding, provided that time was excluded under the

15    Speedy Trial Act.  The government has been in discussions

16    regarding potential pretrial resolutions of this matter with

17    counsel for both defendants, and so the additional time would

18    assist with that and allow the parties to continue those

19    discussions.  Otherwise, the government will be available at

20    the convenience of the Court and the parties for another

21    proceeding in whatever form that takes.

22          THE COURT:  Good.  Thank you very much.

23          Let me ask about the appropriate timeline.  I'm happy

24    to grant that request and schedule something for shortly after

25    the Christmas holidays.

kcb2KroC kjc

1          Counsel for the government, let me ask first for your

2     view regarding approximately when would be the right time to do

3     that.  Should I be looking for dates in the beginning of

4     January or the middle or the end?  What's your view?

5          MR. SCHAEFFER:  This is Jarrod Schaeffer for the

6     government.  The government has no preference.  I think an

7     adjournment of approximately 30 days would make sense, which

8     would put us kind of between beginning and mid January.  The

9     only practical consideration that I would raise for the Court

10    is to the extent that any of the parties are planning to travel

11    for the holidays, either New Year's or Christmas or any of the

12    other holidays falling in that time, it may make sense to do it

13    either the second or third week of January.

14         THE COURT:  Good.  Thank you.

15         So I'm going to adjourn today's conference for another

16    status conference which would take place on Monday, January 11,

17    at or around 9 a.m.  I think that that makes sense.  It will

18    give the parties time to review discovery and to look at these

19    various discovery materials that have been described here.

20         Counsel for the United States, is there an application

21    with respect to exclusion of time through that date?

22         MR. SCHAEFFER:  Yes, your Honor.  This is Jarrod

23    Schaeffer for the government.

24         The government would ask to exclude time from today

25    through January 11 in order to allow the continued review of

kcb2KroC kjc

|  | |
|---|---|
| 1 | discovery by defendants and their counsel and to allow time for |
| 2 | additional discussions concerning a potential pretrial |
| 3 | resolution of this matter. |
| 4 | THE COURT:  Good.  Thank you very much. |
| 5 | Counsel for Mr. Kromah, what's your view on that |
| 6 | request? |
| 7 | MR. CHABROWE:  No objection, your Honor. |
| 8 | THE COURT:  Thank you. |
| 9 | Counsel for Mr. Cherif? |
| 10 | MR. OKSENHENDLER:  Your Honor, this is Guy |
| 11 | Oksenhendler for Mr. Cherif.  We would have no objection. |
| 12 | THE COURT:  Thank you. |
| 13 | I will exclude time from today until January 11, 2021. |
| 14 | After balancing the factors specified in 18 United States Code |
| 15 | § 3161(h)(7), I find that the ends of justice served by |
| 16 | excluding such time outweigh the best interests of the public |
| 17 | and the defendant, each of the defendants in a speedy trial, |
| 18 | because it will allow time for production of discovery, review |
| 19 | of those materials by each of the defendants, and also time for |
| 20 | the parties to continue their discussions regarding a possible |
| 21 | pretrial disposition of this case. |
| 22 | So I think that is all that I wanted to accomplish. |
| 23 | Whoever it is that is dialing in from 8869, your phone |
| 24 | is not on mute.  Thank you. |
| 25 | Let me just ask the government counsel, would you |

kcb2KroC kjc

1    please comment on the issues that Mr. Kromah appears to be

2    facing?  Is there anything that you can do that can help ensure

3    that Mr. Kromah is getting the healthcare to which he is

4    entitled?

5           Counsel?

6           MR. SCHAEFFER:  Yes, your Honor.  This is Jarrod

7    Schaeffer for the government.

8           The government was recently made aware of this issue

9    in conversation with Mr. Chabrowe, and we are not aware of what

10    medical treatment, if any, he should be receiving, but we can

11    absolutely reach out to the facility and ask that they address

12    this issue promptly and that it has been brought to the Court's

13    attention and that if it is not resolved soon, then there may

14    be additional action that's taken.

15           THE COURT:  Good.  Thank you very much.

16           So, counsel --

17           THE INTERPRETER:  Hello, your Honor?

18           THE COURT:  -- for Mr. Kromah --

19           THE INTERPRETER:  Hello?

20           THE COURT:  Sorry.  Yes, Mr. Interpreter?

21           THE INTERPRETER:  Yes, your Honor.  Mr. Cherif Amara

22    want to know, he want you to tell his lawyer, he want his

23    lawyer's name and his email number, and also he would like to

24    know the name of the judge.

25           THE COURT:  Yes.  So just to be clear, my expectation

kcb2KroC kjc

1    is that your engaged in simultaneous translation, so that they

2    are listening to everything that I say.  Everything that I say

3    and that every lawyer says is, I expect, being translated to

4    them in as close to word for word a manner as you can while we

5    are discussing issues here, that is, the lawyers are raising

6    issues and the Court is discussing them with the lawyers.  That

7    is information that the defendants need to have.  So my

8    expectation is, Mr. Interpreter, that you are providing

9    simultaneous, near word-for-word translation of everything

10   that's being said here.  My expectation is not that you would

11   be having a side conversation with the defendant about their

12   issues that do not have anything to do with what we are saying

13   in the main thread of the conference.

14          Can I just confirm, Mr. Interpreter, that you have

15   translated for them the things that that we have just

16   discussed, among others, regarding the exclusion of time and

17   related to Mr. Kromah's health issues?  I just ask because your

18   comment now was a complete *non sequitur*.  Mr. Interpreter, can

19   you just confirm that, please.

20          (Pause)

21          THE COURT:  Thank you.  Mr. Interpreter, can I ask you

22   to just please confirm that you have provided simultaneous

23   interpretation regarding the issues that I have just been

24   discussing with counsel, including the discussion of the

25   exclusion of time and issues related to Mr. Kromah's health

kcb2KroC kjc

1   issues, as well as, before that, the discussion by Mr. Cherif's

2   counsel of the efforts that he expected to undertake in order

3   to communicate with his client?  Mr. Interpreter, can you

4   please --

5             THE INTERPRETER:  Yes.

6             THE COURT:  Thank you.  So you confirm that you have

7   provided simultaneous translation of all --

8             THE INTERPRETER:  Yes.

9             THE COURT:  -- of those conversations?

10            THE INTERPRETER:  Absolutely.

11            Also, he want to know -- he want to know your name.

12  He want you to tell his lawyer to give him his name and his

13  e-mail number, because he keep complaining that any time he

14  call the lawyer, the lawyer never respond to his calls.

15            THE COURT:  Thank you.  Good.  So I'm happy to do

16  that.  Let me just finish the line of conversation that I

17  understand you to be translating for each of the defendants

18  simultaneously with precise translation.

19            Counsel for the United States, thank you very much for

20  your willingness to follow up on the health issues regarding

21  Mr. Kromah.

22            Counsel for Mr. Kromah, please write me if there have

23  been no favorable developments on this front by a week from

24  today.  So if, on December 18, Mr. Kromah still has not seen a

25  healthcare professional with respect to the issues that you

kcb2KroC kjc

1   have described here, please write me and I will schedule an

2   appropriate hearing with officials from the BOP to inquire

3   what's going on if I think that that is warranted.  Good.

4          So let me just turn back to the request by the

5   defendant.

6          First, I am Judge Gregory H. Woods.

7          Second, counsel, can I just ask you to please provide

8   your e-mail address --

9          (Foreign language spoken)

10          THE COURT:  -- to the defendant?  Would you please

11   provide that information?  Thank you.

12          MR. OKSENHENDLER:  Yes.  Of course, your Honor.  It

13   was previously provided to him, but my e-mail address is G, my

14   last name, Oksenhendleresq@aol.com.

15          THE COURT:  Good.  Thank you very much.

16          So, Mr. Interpreter, did you pass that all along?  I

17   understand the defendant now has that information.

18          So thank you very much, counsel.  I'm sorry for the

19   technical issues.  I expect that before we conduct any other

20   proceeding in this matter that due thought will be put into how

21   best to prepare for it so that we can provide seamless,

22   simultaneous interpretation services, understanding that work

23   that needs to be done with the Court and the lawyers should be

24   done with the Court and the lawyers.  Work that need not be

25   done with the Court and the lawyers should not be done with the

kcb2KroC kjc

1   Court and the lawyers, because it is a profoundly bad use of

2   their time.

3           So I hope to the extent that, Mr. Interpreter, we are

4   using your services at our next conference, that you will do

5   the work necessary to provide the services before the

6   conference starts, rather than doing it during and rather than

7   asking the judge and the lawyers to put in place the basic

8   infrastructure for you to do your job.  That is not acceptable.

9   So I fully expect that in the future this will not happen, and

10  I apologize to the parties for the technical failures earlier

11  in the conference.

12          So, good.  Thank you all very much.  I apologize again

13  for the technical issues here, and I look forward to speaking

14  with you all soon after the holidays.

15                              oOo

16

17

18

19

20

21

22

23

24

25