UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                       :
  UNITED STATES OF AMERICA,             :
                                                       :
                              -v-                                 :
                                                       :              1:19-cr-0338-GHW
                                                       :
  MOAZU KROMAH and AMARA CHERIF,   :              <u>ORDER</u>
                                                       :
                                          Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A remote proceeding is scheduled in this matter on January 11, 2021 at 9:00 a.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code:  7470200.

      SO ORDERED.

Dated:  January 11, 2021

                                                                     GREGORY H. WOODS
                                                              United States District Judge