UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Moazu Kromah

                              Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

1:19-cr-00338-GHW

Defendant __Moazu Kromah_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_X_    Conference Before a Judicial Officer

_/s/ Moazu Kromah_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Moazu Kromah
_____
Print Defendant's Name

_/s/ Jeff Chabrowe_____
Defendant's Counsel's Signature

Jeff Chabrowe
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

January 11, 2021
_____
Date

_/s/ Gregory H. Woods_____
U.S. District Judge/U.S. Magistrate Judge