UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

   - v. -

MOAZU KROMAH,
   a/k/a "Ayoub,"
   a/k/a "Ayuba,"
   a/k/a "Kampala Man,"

AMARA CHERIF,
   a/k/a "Bamba Issiaka,"

MANSUR MOHAMED SURUR,
   a/k/a "Mansour,"

ABDI HUSSEIN AHMED,
   a/k/a "Abu Khadi,"

BADRU ABDUL AZIZ SALEH,
   a/k/a "Badro,"

               Defendants.

**ORDER**

S1 19 Cr. 338 (GHW)

---

Upon the application of the United States of America, by Assistant United States Attorneys Sagar K. Ravi and Jarrod L. Schaeffer, it is hereby ORDERED that the Superseding Indictment in this matter be unsealed.

Dated: New York, New York
       June 22, 2021

                                              HONORABLE GREGORY H. WOODS
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK