

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

August 23, 2021

*Sent via ECF*

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

***Re: United States of America v. Kromah, et al., 19 Cr. 338 (GHW)***

Dear Judge Woods:

     On August 13, 2021, I was appointed to represent Amara Cherif in the above-captioned matter. This case is scheduled for a status conference on September 8, 2021; however, I have a previously scheduled in-person arraignment in the District of New Jersey. Additionally, I respectfully request time to receive and review the voluminous discovery in this matter. The government has no objection to this request and counsel for the co-defendants consent as well. If convenient for the Court, we ask for a date at end of November. We also consent to excludable time.

     Thank you for your time and consideration.

                                          Respectfully submitted,

                                          s/ Jacqueline E. Cistaro, Esq.

cc:     All counsel (*via ECF*)