

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com
_____

November 16, 2021

*Sent via ECF*
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States of America v. Kromah, et al., 19 Cr. 338 (GHW)*

Dear Judge Woods:

    On August 13, 2021, I was appointed to represent Amara Cherif in the above-captioned matter. Shortly thereafter, I was engaged in pre-trial litigation and trial for approximately 5 weeks and I recently began reviewing the voluminous discovery produced by the government. We write to respectfully request a brief adjournment so that I may continue to review discovery and have the opportunity to engage in plea negotiations with the government. I have consulted with counsel for co-defendants who have consented to this request for an adjournment. The government has no objection to the adjournment as well. We would respectfully request a date in the beginning of December. We also consent to excludable time.

    Thank you for your time and consideration.

    Respectfully submitted,

    s/ Jacqueline E. Cistaro, Esq.

cc:    All counsel (*via ECF*)