Case 1:19-cr-00338-GHW   Document 115   Filed 11/16/21   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                              :

UNITED STATES OF AMERICA,          :

                    -v-                         :          1:19-cr-338-GHW

MOAZU KROMAH, *et al.*,               :          <u>ORDER</u>

                       Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Upon the application of the defendant, AMARA CHERIF, by and through his attorney, JACQUELINE E. CISTARO, Esq., and with the consent of counsel for MOAZU KROMAH, MANSUR MOHAMED SURUR, and the UNITED STATES OF AMERICA, it is hereby ORDERED that the pretrial conference in this case scheduled for November 19, 2021 is adjourned to December 7, 2021 at 9:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and will permit new counsel for Mr. Amara to review discovery. Accordingly, it is further ORDERED that the time from the date of this order through December 7, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 114.

         SO ORDERED.

Dated: November 16, 2021
New York, New York

                                                         _____
                                                             GREGORY H. WOODS
                                                          United States District Judge