```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  UNITED STATES OF AMERICA,                                   :
                                                              :
                                                              :
                -v-                                           :         1:19-cr-338-GHW-1
                                                              :
                                                              :
  MOAZU KROMAH,                                               :              ORDER
                                                              :
                                   Defendant.                 :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2022

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on March 30, 2022 at 3:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 24, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge