```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                  -v-                                        :
                                                             :
                                                             :
   MOAZU KROMAH,                                             :
                                                             :
                                    Defendant.               :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2022

1:19-cr-338-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled in this matter for June 29, 2022 is adjourned to August 18, 2022 at 10:00 a.m. The defendant's sentencing submissions are due two weeks before sentencing; the Government's sentencing submissions are due one week before sentencing.

SO ORDERED.

Dated: April 27, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge