

# UNITED STATES GOVERNMENT
## MEMORANDUM

**Metropolitan Correctional Center, New York, New York**

**DATE:**        **April 12, 2021**

**FROM:**        **M. Charles / Food Service Supervisor**

**SUBJECT:**     **KROMAH #86956-054**

To whom it may concern:

This is to confirm that Inmate KROMAH, #86956-054 has been working in the food service department from August 2019 to present as one of our head line server.   Inmate Kromah has been assigned the duties of line server, however he also helps out doing the following: butcher, baker, dining and dish machine worker, vegetable preparation worker and pot and pan washer. Inmate Kromah is learning how all the positions contribute to the overall success of the department and works directly under my supervision.   He also helps us with the preparation of all meals prepared in the Food Service Department at the Metropolitan Correctional Center (MCC NY).

He is very professional at work, an extremely hard worker, and he puts all his efforts to get the job done in the given time. If you have any question please feel free to call me at (646)-836-6404.

Thank you for your time.

M. Charles



# UNITED STATES GOVERNMENT
## MEMORANDUM

**Metropolitan Detention Center, Brooklyn, New York**

**DATE:**   May 2, 2022

**FROM:**   M. Charles / Food Service Supervisor

**SUBJECT:**   KROMAH, #86956-054

To whom it may concern:

This is to confirm that Inmate KROMAH, #86956-054 has been working in the food service department at the Metropolitan Detention Center from September 2021 to present as one of our head cook for 1650 inmates. Kromah has been assigned the duties of head cook, however he also helps out doing the following: butcher, baker, dining and dish machine worker, line worker and pot and pan washer. Inmate Kromah is learning how all the positions contribute to the overall success of the department. He also helps us with sanitation to include cleaning industrial ovens, steam kettles, organizing the warehouse, refrigerators, freezers and oven warmers.

During COVID Kromah has volunteered to help the department sanitize the kitchen and food carts before they were sent up to the units.

He is very professional at work, an extremely hard worker, and he puts all his efforts to get the job done in the given time. If you have any question please feel free to call me at (718)-840-5000.

Thank you for your time.

M. Charles

```
   NYMAW              *        INMATE EDUCATION DATA         *      07-15-2021
   PAGE 001 OF 001  *                TRANSCRIPT              *      07:44:49


   REGISTER NO: 86956-054     NAME..: KROMAH                FUNC: PRT
   FORMAT.....: TRANSCRIPT     RSP OF: NYM-NEW YORK MCC


   -------------------------- EDUCATION INFORMATION --------------------------
   FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
   NYM  GED UNK    GED STATUS UNKNOWN            06-13-2019 1839 CURRENT

   ---------------------------- EDUCATION COURSES ----------------------------
   SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
   NYM M      QUARANTINE U.S. HISTORY     06-28-2021 07-02-2021  P  C  P    10
   NYM M      QUARANTINE EARTH SCIENCE    06-21-2021 06-22-2021  P  C  P     3
   NYM M      10 SOFT SKILLS YOU NEED     06-14-2021 06-17-2021  P  C  P    12
   NYM M      QUARANTINE MANIFEST DESTINY 05-10-2021 05-11-2021  P  C  P     3
   NYM M      BUSINESS ETHICS             06-07-2021 06-10-2021  P  C  P    12
   NYM M      BUDGET & FINANCE REP CORP TRAI 05-24-2021 05-27-2021  P  C  P  12
   NYM M      SALES FUNDAMENTALS CORP TRAIN 05-17-2021 05-21-2021  P  C  P   12
   NYM M      BUSINESS ACUMEN CORP TRAINING 05-31-2021 06-04-2021  P  C  P   12
   NYM M      10 SOFT SKILLS YOU NEED     03-07-2020 03-18-2020  P  C  P    12
   NYM M      CONFLICT RESOLUTION CORP TRAIN 03-26-2020 03-30-2020  P  C  P  12
   NYM M      PERSONAL WELLNESS           03-15-2020 03-22-2020  P  C  P    15
   NYM M      DEVELOPING CREATIVITY       04-12-2021 04-16-2021  P  C  P    12
   NYM M      BASIC BOOKKEEPING           05-03-2021 05-07-2021  P  C  P    12
   NYM M      QUARANTINE EARTH SCIENCE    05-05-2021 05-06-2021  P  C  P     3
   NYM M      TIME MANAGEMENT CORP TRAIN  04-01-2021 04-08-2021  P  C  P     8
   NYM M      LEADERSHIP AND INFLUENCE    03-29-2021 03-31-2021  P  C  P    12
   NYM M      MARKETING BASICS CORP TRAIN 03-22-2021 03-26-2021  P  C  P    12
   NYM M      ENTREPRENEURSHIP            03-22-2021 03-26-2021  P  C  P    12
   NYM M      QUARANTINE EMAIL BASICS     03-17-2021 03-17-2021  P  C  P     3




   G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

BP-A0324
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name **KROMAH, MOAZU A.** | Register No. **86956-054** | Unit **J-C** |
|---|---|---|
| Evaluation Period **MARCH 26 - APRIL 25** | Work Assignment **FOOD SERVICE 2** | |

### *Bonus Justification*

Inmate Kromah 72909-054 has worked as a cook in the institution's kitchen for almost a year. His duties included cooking lunch and dinner for 1800 inmates. He takes pride in achieving the food service mission. Accepts responsibility for all areas of the job. Goes above and beyond in an effort to do the best job they can. Displays professionalism in approach to work. Successfully works with others to achieve desired results; contributes to team projects; exchanges ideas, opinions, develops positive working relationships. Listens well and keeps others informed. Inmate Kromah embraces change. Meets changing conditions and situations in work responsibilities easily and positively. Accepts constructive criticism and suggestions. Treats others with kindness, civility and respect. Maintains objectivity in situations of conflict. He works hard and earns trust by being dependable and consistent. Inmate Kromah is great asset to the food service inmate detail. His dependability and his excellent response to direction and supervision makes Mr. Kromah stand out amongst his peers.  Thank you for all the hard work you do on a daily basis Mr. Kromah, and keep up the outstanding job.

Signature and Date of Dept. Head Approval

---

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___ 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___ 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___ 3. Satisfactory. Makes some mistakes but no more than expected at this level.
___ 4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✔_ 5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___ 1. Unsatisfactory. Lazy, wastes time, goofs off.
___ 2. Fair. Does just enough to get by. Has to be prodded occasionally.
___ 3. Satisfactory. Works steadily but does not push self.
___ 4. Good. Willing Worker. Does a full day's work and wastes little time.
_✔_ 5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___ 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___ 2. Fair. Usually relies on others to say what needs to be done.
___ 3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✔_ 4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
___ 5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___ 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___ 2. Fair. Shows minimal interest but not very eager to learn.
___ 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___ 4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✔_ 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___ 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___ 2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___ 3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
___ 4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✔_ 5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___ 1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___ 2. Needs closer supervision than most. Not very dependable.
___ 3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✔_ 4. Needs little supervision. Good record of dependability and promptness.
___ 5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

Prescribed by P5251
Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

_____ 1. Poor. Resentful and hostile. May argue with supervisor.
_____ 2. Fair. Resists or ignores suggestions.
_____ 3. Satisfactory. Generally does what is told without any fuss.
_____ 4. Good. No hostility or resentment. Tries to improve.
__✔__ 5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**

_____ 1. Poor. Negativistic, hostile, annoying to others.
_____ 2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
_____ 3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_____ 4. Good. Friendly, congenial, helpful; others like to work with.
__✔__ 5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**

Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

_____ 1. Fire or lay off that individual?
_____ 2. Transfer the person to a less demanding job at a lower pay scale?
_____ 3. Continue to employ the person but without a raise or promotion this time?
__✔__ 4. Raise the person's pay but keep the person at the same job?
_____ 5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**

1. Performance Pay - Grade Class (Check one) __✔__ 1 _____ 2 _____ 3 _____ 4 _____ M.

2. Hours of Satisfactory work **175** .

3. Regular Pay **70.00** .

4. Bonus Recommended: __✔__ yes;____ no

5. Total Pay **70.00 + 20.00**                                    **$90.00**

| Supervisor's Signature | Date 4/26/2022 |
|---|---|
| Inmate's Signature | Date 4/26/2022 |

Inmate_____was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**          **SECTION 4**

WORK PERFORMANCE RATING - INMATE

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate's Name: KROMAH, MOAZU | Register No: 86956-054 | Unit: JC |
|---|---|---|
| Evaluation Period:<br>MAY 25TH 2022 | Work Assignment: FOOD SERVICE 2- COOK SHIFT | |

Inmate Kromah has been working in the kitchen for almost a year. During this period he has proven to be very efficient and reliable in the execution of his duties on the cook shift, cooking for the entire inmate population. He is always willing to learn and responds well to constructive criticism. Inmate Kromah always steps up to help other details in the kitchen. He does not complain and has great work ethics. Inmate Kromah is very respectful and gets along well with both inmates and staff.

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___l. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work
_X_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_X_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___l. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.   Doesn't wait to be told what to do.
_X_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___l. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_X_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, No matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.   Requires average amount of instruction.

___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_X_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

### F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
___l. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_X_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

### G. RESPONSE TO SUPERVISION AND INSTRUCTION
___l. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_X_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

### H. ABILITY TO WORK WITH OTHERS
___l. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_X_5. Outstanding. Gets along well with everyone. Very popular.

### I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
___l. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_x_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

### J. GRADES AND PAY
1. Performance Pay - Grade Class (Check one)___ 1 ___ 2 ___ 3 _X_ 4 ___ M.

2. Hours of Satisfactory work __175_____

3. Regular Pay _____

4. Bonus Recommended: __X__ yes____ no

5. Total Pay_____

| Supervisor's Signature<br>S. NYANOR  *Nyanor* | Date<br>MAY 25th, 2022 |
|---|---|
| Inmate's Signature<br>**X** | Date<br>MAY 25th, 2022 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

## WORK PERFORMANCE RATING – INMATE

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate's Name: KROMAH, MOAZU | Register No: 86956-054 | Unit: JC |
|---|---|---|
| Evaluation Period:<br>MARCH 2, 2022 – JUNE 4,2022 | Work Assignment: F/S # 3 | |

Inmate Kromah works with very little supervision, checks the daily menu and goes above to provide the quarantine, general population and special housing units with the correct amount of food at all times with little to no supervision. Conducts sanitation daily in the cooking area by sweeping and mopping the floor, cleaning the service tables and scrubbing the walls. He can be depended on to work with little supervision and complete all assigned tasks on time. He works well with other inmates and takes the time to show others how to perform prep and cooking tasks.  He is an asset to the kitchen.

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period.

**A. QUALITY OF WORK**
____1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
____2. Fair. Careless; makes mistakes and does not check work. Should do better work.
____3. Satisfactory. Makes some mistakes but no more than expected at this level.
_x_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
____5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
____1. Unsatisfactory. Lazy, wastes time, goofs off.
____2. Fair. Does just enough to get by. Has to be prodded occasionally.
____3. Satisfactory. Works steadily but does not push self.
_x_4. Good. Willing Worker. Does a full day's work and wastes little time.
____5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
____1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
____2. Fair. Usually relies on others to say what needs to be done.
____3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_x_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
____5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
____1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
____2. Fair. Shows minimal interest but not very eager to learn.
____3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_x_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
____5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
____1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, No matter how hard trying.
____2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
____3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
_x_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
____5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
____1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
____2. Needs closer supervision than most. Not very dependable.
____3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_x_4. Needs little supervision. Good record of dependability and promptness.
____5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
_x_4. Good. No hostility or resentment. Tries to improve.
___5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_x_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
_x_4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1   ___ 2   ___ 3   _X_ 4   ___ M.

2. Hours of Satisfactory work _____175_____ .

3. Regular Pay _____21.00_____ .

4. Bonus Recommended: ____ yes _x_ no

5. Total Pay _____21.00_____

| | |
|---|---|
| Supervisor's Signature<br><br>D. Gonzalez | Date<br>JUNE 4, 2022 |
| Inmate's Signature<br><br>**X** | Date<br>JUNE 4, 2022 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| | |
|---|---|
| Staff Witness' Signature | Date |