Reply all ∨ | Delete | Report ∨ | ⋯

### Mr. Kromah

ⓘ You forwarded this message on Thu 7/28/2022 7:50 PM

MM  Maferma Jabateh Mrs <mafermajabateh@yahoo.com>
To: Jeff Chabrowe                                    Thu 7/28/2022 7:38 PM

Sent from my iPhone Sent from my iPhone Dutee Komara
10023 190TH AVE NW
Elk River, MN 55330
Tel: 763-732-8743


    To whom it may concern

Dear Madam/Sir

My name is Dutee Komara. I'm Mr. Kromah cousin Maferma husband. I have been living in the United States of America for about 19 years. I live in Elk River, Minnesota. I have been knowing Mouazou Kromah since 1991 in Guinea ( West Africa). We were refugees there because of the civil war in Liberia. Mr. Kromah is a very good and a peace loving man. He is very generous to people and love his family dearly.
I remembered, when things used to be tough on my family and Mr. Kromah who used to who help my family get food for us.
Mr.Kromah is a very decent human being and very respectful.
I am kindly asking the Judge to please have clemency on him and grant him a stay in our great country United States of America. I know, Mr. Kromah had not been back to Liberia since the civil war.
He doesn't know anyone there and I believe it will be dangerous to send him back to a place or country him has not been for 30 plus years.
I'm pleading with you Honorable Judge, to please grant him a stay in the USA.
Thank you very much.
Sincerely yours
Dutee Komara

↩ Reply     ↪ Forward

TEL: 041341982
TELEGRAME: "CRIME"
Email:genpol2@utloriline.co.ug

OLD KAMPALA
POLICE STATION
P.O.BOX 7064
KAMPALA, UGANDA
DATE: 18/3/22

**UGANDA POLICE**

SD Ref:..........................
Others Ref:.......................

# TO WHOM IT MAY CONCERN

Hello Sir / Madam

Hope all is well. My name is BANGALEE KROMAH Son to MOAZU KROMAH who was arrested in Feb / 2017 reporting of insecurity threats to MOAZU Family in Kampala. After His arrest we were left with his young brother MOHAMMED KROMAH who suddenly disappeared, rumours have it that he Fled to Congo and might not be alive so the family is left vanulerable in Kampala. Later we recieved a threat from unknown people through a dropped letter asking for our DAD or else the Family of MOAZA KROMAH shall pay. So we really have no idea to whatever business my DAD had with those people. So the matter was immediatly reported to the people. And we have been advised by the Police to relocate to Liberia which is a little impossible because becouse my father is left with no family in Liberia due to the war in 1990 whereby he lost most of his Family members. He remained with two siblings, abrother in the letter above and the sister who is paralized.

So my father has been taking care of his brothers Family and his inclusive who are not safe right now

Any assistance granted will be highly appreciated

Yours Sincerly

BANGALEE KROMAH

WITH HELP FROM THE

OFFICER - INCHARGE OLD KAMPALA POLICE POST

**Sseguya & Co. Advocates**

| Legal Consultants
| Solicitors
| Advocates
| Company Secretaries
| Commissioners for Oaths
| Notaries Public

Chambers
Get-In-House
Plot 3 William Street
P.O.Box 781, Kampala

Mobile: 0772-426 517
Email: sseguyaadvocate@yahoo.com

SS.04.2022
DATE:JULY.7.2022

**Honorable Gregory Woods**
**Southern District of New York**
**500 Pearl Street**
**New York, NY**

Your Honour,

**RE: MOAZU KROMAH**

Until Moazu Kromah's arrest and detention in the USA, we were his attorneys in Uganda. He is known to us as our long time client. For the period we were in contact, we never learnt of any bad criminal conduct on his part. Being his attorney we would be part of the people he would run to or inform, for any legal assistance.

It is indeed unfortunate that he got involved in the case for which he has been put on trial in the USA courts. We have noted that this factual situation has rendered him into double jeopardy. Whereas he is trying to present his case before the USA courts, there are threats this side in Uganda to his family and to him in the event he comes back. I am informed by his family members that there are people who approached them, demanding for payment of goods they gave to him. In fact they put it as black mail that if he does not pay his family or himself will suffer grave consequences.

I would therefore suggest that even if he is granted bail, he should not come back to Uganda until these claimants are settled.
Kindly let this be known to the relevant authorities, for his safety and life.

Faithfully

...............................
SSEGUYA & CO ADVOCATES

Sseguya Samuel
LLB (MUK) DIP. L.P. (LDC)

# LULE VILLAGE LC 1 LUBAGA



**THE REPUBLIC OF UGANDA**

Our Ref: L1/716/22

Your Ref: ..................

Date: 05/JULY/2022

**TO THE JUDGE**

Dear Sir/Madam,

### RE: <u>MOAZU KROMAH</u>

I Agaba Justus the area chairperson bring my attention to your office to introduce to you Mr. Moazu Kromah who was a resident of this area.

During his stay, he was social and cooperative and able to participate in community activities.

He stayed in this area for fifteen years with no criminal record whatsoever.

Please have mercy on him and grant him bail so as to take care of his family which is not in good condition because since his arrest, the community has tried to facilitate the family which is not easy and I believe he is the only one to do it when he is out.

Any assistance rendered to him will be highly appreciated.

Yours in Solidarity,

AGABA JUSTUS

**CHAIRMAN**



P.O.Box 75, Nateete Tel: 0755 858695, 0753 337374

Honorable Gregory Woods
Southern District of New York
500 Pearl Street
New York, N Y

# RE: MOAZU KROMAH

Dear Gregory Woods,

My name is Imam Abdulrahman . I am the imam of Rubaga mosque mosque Lule zone. As the imam of the zone, Kromah Moazu has always been one of our beloved brothers in the community. He has always contributed to every activity that was brought concerning islam he is a God fearing person with a good heart for humanity. He always endeavors to contribute to the growth and development of Islam in the community. He provided school fees to four children who were studying. He wasnot a rich man but rich in the heart. For the last 15 years ,we have known him we never heard of any criminal activities he was involved in but as a nature of man and hunger for more wealth inorder to help the needy would have led him to commit this offense. Please your honor on behalf of the muslim community we kindly ask for your forgiveness and grant him bail . We believe this acted as a lesson that he will never forget in his life time . Thank you your honor we shall be glad if this letter is put into your consideration.

Sasu Kromah
Rubaga, Lule Zone
Kampala - Uganda

12ᵗʰ - 07 - 2022

Honorable Gregory Woods
Southern District of New York
500 Pearl Street
New York, NY

Dear Judge Woods

RE: MOAZU KROMAH

Your honor my name is Sasu Kromah, I am Moazu Kromah's wife a defendant awaiting sentencing and judgement by you honor. I am writing this letter to your honorable court to beg you consider the good in Moazu and to please allow him be released from prison so he can help us with his love, affection and to provide support we need to survive.

Your honor my husband made a grave mistake and committed a crime and he has paid for it with four years of his life. He realizes the severity of his crime, and is extremely remorseful and regrets the pain and suffering he caused to our natural environment, animals and to all people impacted by his crime he wished he can ask for their forgiveness.

Your honor my husband assumes full responsibility of his crime and sees how terribly wrong he was to have disobyed the law. Moazu is a changed man now and he tells me on phone how painful it is for him to realize the hurt he caused and wishes to dedicate the rest of his life to teach others to avoid his mistakes and to somehow pay his debt to the society.

We have six children both biological and adopted they range from six years to twenty eight years old we are worried about Moazy whom we last saw in June 2019. Our lives without him has been extremely difficult and empty.

Your honor, I believe strongly that Moazu will never commit another crime. The time he has spent in prison has been life changing for him.

te has be[...] and
realizes his social obligations.

Your honor I understand how unlikely it may be that you travel to Uganda and visit us and see for yourself our humble lives that is full of love and badly in need of help from a husband and a father.

Yours Sincerely
Sasu Kromah

SASU KROMAH
+256 705188628
Rubaga, Luhe Zone
Kampala- Uganda

Bangalee Kromah
Rubaga, Luve Zone
Kampala - Uganda
12th - 07 - 2022

Honorable Gregory Woods
Southern District of New York
500 Pearl Street
New York, NY

Dear Judge Woods

RE: MOAZU KROMAH

Your honor, I am truly greatful for this opportunity to address this letter to your honorable court seeking to show mercy and compassion for my father Moazu Kromah.

Your honor my name is Bangalee Kromah and my father is awaiting your judgment for his crimes in Uganda. At the time of his arrest, I was 24 years old going to college but since then our family's turbulent life put me in the position of head of household which I was not ready for. I have tried to do my best for my family but I am uncertain if i am successful. We have always lived a small humble life but thanks to Allah we always have enough food and shelter to live a happy satisfying life together.

I have asked myself so many times why my father committed these crimes and in the process of analyzing his extremely wrong and illegal choices I have become more aware of my own social obligations to my community and for the betterment of my own character. In his core, my father is an extremely gentle loving soul who avoided not to step on any of Allah's creature no matter how small they are and I always saw his care for people and stray animals. It was wrong for him to disregard the law and contribute to the destruction of our own natural habitat in Uganda.

Your honor, Allah gave my father a good and pure heart and you can give him a second chance please to prove himself to Allah and to you as a person worthy of helping his community and his family.

I talk to my father about how much he has changed and regrets his past actions. He tells me he has learned to be greatful to Allah for all the things that count, such as love and health of family and kindness and giving to the community. He has learned and tries to teach me from his past that life becomes devastating when you give into the devils temptation for wealth and you sell your honour and character for a feastful of money.

My father is a good muslim and what he did is profoundly criticized by our faith and he knows that and he has dedicated all his time in prison to become a better person better citizen and better Muslim. In addition, my father took care of a big family with three adopted children namely Sasu Fofana (born 2/3/2013) Fanta Kromah (born 8/14/14) Moazu Kromah (born 3/20/16).

Your honor, we have paid for his crime and his continued incarceration will extend our pain and suffering. I beg your honourable court to please release him so he can be the father we need for all of our wellbeing. May Allah bless your court.

Yours Sincerely

*[signature]*

BANGALEE KROMAH
+256 753438625
Rubaga, Lule Zone
Kampala- Uganda
bangaleekromah@gmail.com